Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
R. Tyler Kendrick (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
RAlsalam@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>NXP USA, INC.,<br><br>          Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**STIPULATED REQUEST AND PROPOSED ORDER TO STAY PROCEEDINGS** |

In response to Defendant NXP USA, Inc.'s ("NXP") Motion to Stay Pending *Inter Partes* Review (Docket No. 56), and in light of the limitations on proceedings in the interim created by the COVID-19 pandemic and restrictions, the parties request that the Court stay all proceedings pending decisions by the Patent Trial and Appeal Board ("PTAB") on whether to institute the requested *Inter Partes* reviews. The parties and the Court can address an appropriate schedule and/or whether the stay should be extended after the PTAB's decisions, which are statutorily required to be made by September, 2020. The parties agree that, as an exception to the stay, Impinj may complete its review of NXP source code if circumstances allow.

Dated: March 30, 2020.

By: */s/ Ramsey Al-Salam*
Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
R. Tyler Kendrick (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
RAlSalam@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

By: */s/ David Witcoff*
David L. Witcoff (admitted *pro hac vice*)
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Tel: 312.782.3939
Fax: 312.782.8585
dlwitcoff@jonesday.com

Michael C. Hendershot, Bar No. 211830
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: 650.739.3940
Fax: 650.739.3900
mhendershot@jonesday.com

Attorneys for Defendant
NXP USA, INC.

- 1 -   STIPULATED REQUEST AND PROPOSED ORDER TO STAY PROCEEDINGS
CASE NO. 4:19-CV-03161-YGR

1   Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this doc-
2   ument has been obtained from the above Signatories.

    /s/ *Ramsey Al-Salam*
    Ramsey Al-Salam

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT all proceedings in this case are stayed pending institution decisions by the Patent Trial and Appeal Board on the *Inter Partes* Reviews submitted by Defendant.  The Court understands that decisions on the *Inter Partes* Reviews are statutorily required to be made on or before September 4, 2020.  On September 14, 2020 or earlier, the parties shall provide a joint status report to the Court reporting the PTAB's institution decisions and setting forth the parties' views on how the litigation should proceed.  As an exception to this stay, Impinj may complete its review of source code produced by NXP when circumstances allow.

Dated: _____

_____
The Honorable Yvonne Gonzalez-Rogers
United States District Judge