UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NXP USA, INC.,<br><br>　　　　　　Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**ORDER GRANTING STIPULATED REQUEST TO STAY PROCEEDINGS; SETTING COMPLIANCE HEARING** |

Pursuant to the stipulation of the parties (Dkt. No. 62), the Court **ORDERS** that this action is **STAYED** pending decisions by the Patent Trial and Appeal Board ("PTAB") on whether to institute the requested *Inter Partes* reviews. The parties agree that, as an exception to the stay, Impinj may complete its review of NXP source code if circumstances allow.

The Court **SETS** a compliance hearing for **September 25, 2020**, on the 9:01 a.m. calendar. No later than **September 18, 2020**, the parties shall file a joint status report on the PTAB's decisions. If the statement is filed timely, the Court will vacate the compliance hearing.

Dated: March 30, 2020

　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**