1  Ramsey M. Al-Salam, Bar No. 109506
   Christina J. McCullough, Bar No. 245944
2  Antoine M. McNamara, Bar No. 261980
   R. Tyler Kendrick, *admitted pro hac vice*
3  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
4  Seattle, WA  98101
   Tel: 206.359.8000 / Fax: 206.359.9000
5  RAlsalam@perkinscoie.com
   CMcCullough@perkinscoie.com
6  AMcNamara@perkinscoie.com
   RKendrick@perkinscoie.com
7
   Daniel T. Shvodian, Bar No. 184576
8  PERKINS COIE LLP
   3150 Porter Drive
9  Palo Alto, CA  94304-1212
   Tel: 650.838.4300 / Fax: 650.737.5461
10 DShvodian@perkinscoie.com

11 Daniel T. Keese, Bar No. 280683
   PERKINS COIE LLP
12 1120 NW Couch Street, 10th Floor
   Portland, OR  97209-4128
13 Tel: 503-727-2000 / Fax: 503-727-2222
   DKeese@perkinscoie.com
14

15 Roque K. Thuo, Bar No. 327223
   PERKINS COIE LLP
16 2901 North Central Avenue, Suite 2000
   Phoenix, AZ 85012-2788
17 Tel: 602.351.8268 / Fax: 602.648.7072
   RThuo@perkinscoie.com
18 *Attorneys for Plaintiff IMPINJ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC., <br><br> Plaintiff, <br><br> v. <br><br> NXP USA, INC., <br><br> Defendant. | Case No. 4:19-cv-03161-YGR <br><br> **ORDER GRANTING STIPULATION TO DISMISS CLAIMS AS TO '857 AND '504 PATENTS** |

Having chosen not to assert any claims from U.S. Patent Nos. 8,344,857 ("the '857 patent") and 9,031,504 ("the '504 patent") in this litigation, Plaintiff Impinj, Inc. hereby stipulates to the dismissal with prejudice of all claims for infringement of the '857 and '504 patents.  Defendant NXP USA, Inc. hereby stipulates to the dismissal without prejudice of its counterclaims for declaratory judgments of non-infringement and invalidity of the '857 and '504 patents.

Respectfully submitted:  December 29, 2020.

By: */s/ Ramsey M. Al-Salam*

Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
Antoine M. McNamara, Bar No. 261980
R. Tyler Kendrick, admitted *pro hac vice*
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA  98101
Tel:  206.359.8000/Fax:  206.359.9000
RAlSalam@perkinscoie.com
AMcNamara@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304
Tel: 650.838.4300/Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000/Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

By: */s/ David L. Witcoff*

David L. Witcoff (admitted *pro hac vice*) JONES DAY
77 West Wacker Drive
Chicago, IL  60601
Tel:  312.782.3939/Fax:  312.782.8585
dlwitcoff@jonesday.com

Michael C. Hendershot, Bar No. 211830
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel: 650.739.3940/Fax: 650.739.3900
mhendershot@jonesday.com

Attorneys for Defendant
NXP USA, INC.

## ORDER

Based upon the foregoing,  Plaintiff Impinj, Inc.'s claims for infringement of the '857 and '504 patents are DISMISSED WITH PREJUDICE and defendant NXP USA, Inc.'s counterclaims for non-infringement and invalidity of those patents are DISMISSED WITHOUT PREJUDICE.
IT IS SO ORDERED.

DATED: January 5, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE