# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 7/23/2021 | **Time:** 2:05pm-3:44pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03161-YGR | **Case Name:** Impinj, Inc. v. NXP USA, Inc. | |

**Attorney for Plaintiff:** Ramsey Al-Salam
**Attorney for Defendant:** David Witcoff; Kaitlin Crowder, Yury Kalish

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

## PROCEEDINGS
CLAIM CONSTRUCTION HEARING HELD VIA ZOOM WEBINAR VIDEOCONFERENCE

Court sets a Case Management Conference for 9/20/2021 at 2:00pm via Zoom Webinar. Updated Joint Statement filed by 9/13/2021.