Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
R. Tyler Kendrick (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA  98101
Tel:  206.359.8000
Fax:  206.359.9000
RAlsalam@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>NXP USA, INC.,<br><br>              Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER LIFTING STAY AND AMENDING SCHEDULE** |

Plaintiff Impinj, Inc. ("Impinj") and Defendant NXP USA, Inc. ("NXP") hereby stipulate to lift the stay entered by the Court on September 24, 2020 (Dkt. No. 65) and to revise the Case Management Schedule issued on October 22, 2020 (Dkt. No. 70).  The Court entered a stay as to two of the Asserted Patents (U.S. Patent Nos. 8,115,597 and 10,002,266).  The Parties propose the following claim construction schedule for these patents and the remainder of the case:

| Event | Deadline |
|---|---|
| Supplemental Patent L.R. 4-1 Disclosure of Claim Construction Terms ('597 and '266 patents) | September 27, 2021 |
| Supplemental Patent L.R. 4-2 Disclosure of Preliminary Claim Construction and Extrinsic Evidence ('597 and '266 patents) | October 11, 2021 |
| Patent L.R. 4-3 Supplemental Joint Claim Construction Statement ('597 and '266 patents) | October 25, 2021 |
| Patent L.R. 4-4 Completion of Claim Construction Discovery ('597 and '266 patents) | November 30, 2021 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief ('597 and '266 patents) | January 7, 2022 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief ('597 and '266 patents) | January 21, 2022 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief ('597 and '266 patents) | February 4, 2022 |
| Claim Construction Tutorial ('597 and '266 patents) | **At the Court's convenience** |
| Claim Construction Hearing ('597 and '266 patents) | **At the Court's convenience** |
| **Case Narrowing Event**: The parties will submit a proposed case narrowing Order that further limits the number of asserted claims at trial | 21 days after Court's Claim Construction Ruling |
| Patent L.R. 3-7 Deadline to disclose intent to rely on Advice of Counsel for any patent-related claim or defense | 30 days after Claim Construction Ruling |

- 1 -

STIPULATED REQUEST AND [PROPOSED] ORDER LIFTING STAY AND AMENDING SCHEDULE
CASE NO. 4:19-CV-03161-YGR

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff | 37 days after Claim Construction Ruling |
| Deadline to Participate in Mediation | 14 days after Close of Fact Discovery |
| Opening Expert Disclosures under Fed. R. Civ. P. 26(a)(2) (on issues for which a party bears the burden of proof) | 30 days after Close of Fact Discovery |
| Rebuttal Expert Disclosures under Fed. R. Civ. P. 26(a)(2) | 40 days after Opening Expert Disclosures |
| Expert Discovery Cut-Off | 28 days after Rebuttal Disclosures |
| Deadline to File Dispositive Motions, Motions to Strike Experts and Daubert Motions | 28 days after Close of Expert Discovery |
| Deadline to File Response(s) to Dispositive Motions, Motions to Strike Experts, and Daubert Motions | 28 days after Opening Motions |
| Deadline to File Reply in Support of Dispositive Motions | 21 days after Responsive Motions |
| Summary Judgment Hearing | TBD |
| Pretrial Conference | TBD |
| Pretrial Trial Disclosures Under Fed. R. Civ. P. 26(a)(3) | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |

STIPULATED REQUEST AND [PROPOSED]
ORDER LIFTING STAY AND AMENDING
SCHEDULE
CASE NO. 4:19-CV-03161-YGR

1

        Dated: August 27, 2021.

2

By:  /s/ Ramsey Al-Salam                              By:  /s/ David Witcoff

3
        Ramsey M. Al-Salam, Bar No. 109506            David L. Witcoff (admitted *pro hac vice*)
        Christina J. McCullough, Bar No. 245944       Thomas W. Ritchie (admitted *pro hac vice*)

4
        R. Tyler Kendrick (admitted *pro hac vice*)   JONES DAY
        PERKINS COIE LLP                              77 West Wacker Drive

5
        1201 Third Avenue, 49th Floor                 Chicago, IL  60601
        Seattle, WA  98101                            Tel:  312.782,3939

6
        Tel:  206.359.8000                            Fax:  312.782,8585
        Fax:  206.359.9000                            dlwitcoff@jonesday.com

7
        RAlSalam@perkinscoie.com                      twritchie@jonesday.com
        CMcCullough@perkinscoie.com

8
        RKendrick@perkinscoie.com                     T. Kaitlin Crowder (admitted *pro hac vice*)

9
                                                      JONES DAY
        Daniel T. Shvodian, Bar No. 184576            901 Lakeside Ave. E.

10
        PERKINS COIE LLP                              Cleveland, OH 44114
        3150 Porter Drive                             Tel: 216-586-7347

11
        Palo Alto, CA  94304                          kcrowder@jonesday.com
        Tel: 650.838.4300

12
        Fax: 650.737.5461                             Michael C. Hendershot, Bar No. 211830
        DShvodian@perkinscoie.com                     JONES DAY

13
                                                      1755 Embarcadero Road

14
        Daniel T. Keese, Bar No. 280683               Palo Alto, CA  94303
        PERKINS COIE LLP                              Tel:  650.739.3940

15
        1120 N.W. Couch Street, 10th Floor            Fax: 650.739.3900
        Portland, OR 97209-4128                       mhendershot@jonesday.com

16
        Tel: 503.727.2000

17
        Fax: 503.727.2222                             Yury Kalish (admitted *pro hac vice*)
        DKeese@perkinscoie.com                        JONES DAY

18
                                                      51 Louisiana Ave NW
        Attorneys for Plaintiff                       Washington, DC 20001

19
        IMPINJ, INC.                                  Tel: 202-879-3939
                                                      ykalish@jonesday.com

20

21
                                                      Attorneys for Defendant
                                                      NXP USA, INC.

22

23
        Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this

24
document has been obtained from the above Signatories.

25
                                                          /s/ Ramsey Al-Salam
                                                          Ramsey Al-Salam

26

27

28

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of August, 2021.

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

- 4 -