# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IMPINJ, INC.,**<br>　　　　Plaintiff,<br>　　vs.<br>**NXP USA, INC.,**<br>　　　　Defendant. | CASE NO. 19-cv-03161-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 91 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' ongoing submissions to the docket and is satisfied that the above case is proceeding as scheduled. Accordingly, the Case Management Conference currently set for September 20, 2021 at 2:00 p.m. is **VACATED**.

The Court notes that the parties have failed to file a Case Management Statement and reminds the parties to follow the Civil Local Rules. *See* Civil L.R. 16-10(d) ("Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process.").

**IT IS SO ORDERED.**

Dated: September 16, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**