1  Ramsey M. Al-Salam, Bar No. 109506
   Christina J. McCullough, Bar No. 245944
2  R. Tyler Kendrick (admitted *pro hac vice*)
   PERKINS COIE LLP
3  1201 Third Avenue, 49th Floor
   Seattle, WA  98101
4  Tel:  206.359.8000
   Fax:  206.359.9000
5  RAlsalam@perkinscoie.com
   CMcCullough@perkinscoie.com
6  RKendrick@perkinscoie.com

7  Daniel T. Shvodian, Bar No. 184576
   PERKINS COIE LLP
8  3150 Porter Drive
   Palo Alto, CA  94304-1212
9  Tel: 650.838.4300
   Fax: 650.737.5461
10 DShvodian@perkinscoie.com

11 Daniel T. Keese, Bar No. 280683
   PERKINS COIE LLP
12 1120 N.W. Couch Street, 10th Floor
   Portland, OR 97209-4128
13 Tel: 503.727.2000
   Fax: 503.727.2222
14 DKeese@perkinscoie.com

15 Attorneys for Plaintiff
   IMPINJ, INC.

16

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  IMPINJ, INC.,                      | Case No. 4:19-cv-03161-YGR |
| 21              Plaintiff,             | |
|                                        | **STIPULATED REQUEST AND** |
| 22         v.                          | **(PROPOSED) ORDER TO VACATE** |
|                                        | **TUTORIAL HEARING** |
| 23  NXP USA, INC.,                     | |
| 24              Defendant.             | |

25

26

27

28

The parties respectfully request that the Court vacate the tutorial hearing scheduled for February 25, 2022 and, in lieu of such hearing, the parties will present a joint tutorial in the form of a PowerPoint presentation, to be submitted by February 23, 2022.

The Parties make this request because they do not believe that the technology necessary for the Court to understand to resolve the Parties' claim construction requires a separate hearing. To the extent the Court has questions concerning the technology after viewing the joint tutorial, the Parties can make themselves available for a separate hearing or such questions can be addressed at the Claim Construction hearing currently scheduled for March 4, 2022.

Respectfully submitted this 18th day of February, 2022.

By: /s/ Ramsey M. Al-Salam
    Ramsey M. Al-Salam, Bar No. 109506
    Christina J. McCullough, Bar No. 245944
    R. Tyler Kendrick (admitted *pro hac vice*)
    PERKINS COIE LLP
    1201 Third Avenue, 49th Floor
    Seattle, WA  98101
    Tel:  206.359.8000
    Fax:  206.359.9000
    RAlSalam@perkinscoie.com
    CMcCullough@perkinscoie.com
    RKendrick@perkinscoie.com

    Daniel T. Shvodian, Bar No. 184576
    PERKINS COIE LLP
    3150 Porter Drive
    Palo Alto, CA  94304
    Tel: 650.838.4300
    Fax: 650.737.5461
    DShvodian@perkinscoie.com

    Daniel T. Keese, Bar No. 280683
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR 97209-4128
    Tel: 503.727.2000
    Fax: 503.727.2222
    DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

By: /s/ Tharan Gregory Lanier
    Tharan Gregory Lanier, Bar No. 138784
    Michael C. Hendershot, Bar No. 211830
    JONES DAY
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Tel:  650.739.3940
    Fax: 650.739.3900
    mhendershot@jonesday.com
    tglanier@jonesday.com

Attorneys for Defendant
NXP USA, INC.

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February____, 2022.

_____
The Honorable Yvonne Gonzalez-Rogers
United States District Judge