Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
R. Tyler Kendrick (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA  98101
Tel:  206.359.8000
Fax:  206.359.9000
RAlsalam@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NXP USA, INC.,<br><br>　　　　　Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**STIPULATED REQUEST AND (PROPOSED) ORDER TO VACATE TUTORIAL HEARING** |

1  The parties respectfully request that the Court vacate the tutorial hearing scheduled for February 25, 2022 and, in lieu of such hearing, the parties will present a joint tutorial in the form of a PowerPoint presentation, to be submitted by February 23, 2022.

The Parties make this request because they do not believe that the technology necessary for the Court to understand to resolve the Parties' claim construction requires a separate hearing. To the extent the Court has questions concerning the technology after viewing the joint tutorial, the Parties can make themselves available for a separate hearing or such questions can be addressed at the Claim Construction hearing currently scheduled for March 4, 2022.

Respectfully submitted this 18th day of February, 2022.

By: /s/ Ramsey M. Al-Salam
   Ramsey M. Al-Salam, Bar No. 109506
   Christina J. McCullough, Bar No. 245944
   R. Tyler Kendrick (admitted *pro hac vice*)
   PERKINS COIE LLP
   1201 Third Avenue, 49th Floor
   Seattle, WA  98101
   Tel:  206.359.8000
   Fax:  206.359.9000
   RAlSalam@perkinscoie.com
   CMcCullough@perkinscoie.com
   RKendrick@perkinscoie.com

   Daniel T. Shvodian, Bar No. 184576
   PERKINS COIE LLP
   3150 Porter Drive
   Palo Alto, CA  94304
   Tel: 650.838.4300
   Fax: 650.737.5461
   DShvodian@perkinscoie.com

   Daniel T. Keese, Bar No. 280683
   PERKINS COIE LLP
   1120 N.W. Couch Street, 10th Floor
   Portland, OR 97209-4128
   Tel: 503.727.2000
   Fax: 503.727.2222
   DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

By: /s/ Tharan Gregory Lanier
   Tharan Gregory Lanier, Bar No. 138784
   Michael C. Hendershot, Bar No. 211830
   JONES DAY
   1755 Embarcadero Road
   Palo Alto, CA  94303
   Tel:  650.739.3940
   Fax: 650.739.3900
   mhendershot@jonesday.com
   tglanier@jonesday.com

Attorneys for Defendant
NXP USA, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:  February 18, 2022.

_____
The Honorable Yvonne Gonzalez-Rogers
United States District Judge