# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 4, 2022    **Time:** 9:02 a.m. – 10:44 a.m.    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 19-cv-03161-YGR    **Case Name:** Impinj, Inc. v. NXP USA, Inc.

**Attorney for Plaintiff:** Ramsey Al-Salam, Daniel Keese
**Attorney for Defendant:** Michael Hendershot, Tharan Gregory Lanier

**Deputy Clerk:** Aris Garcia    **Reported by:** Raynee Mercado

## PROCEEDINGS

Claims Construction Hearing held in person.

Patent L.R. 3-7 Deadline to disclose intent to rely on Advice of Counsel for any patent-related claim or defense due by: 4/18/2022
Fact Discovery Cutoff: 4/25/2022
Deadline to Participate in Mediation: 5/9/2022
Opening Expert Disclosures under Fed. R. Civ. P. 26(a)(2) (on issues for which a party bears the burden of proof): 6/8/2022
Rebuttal Expert Disclosures under Fed. R. Civ. P. 26(a)(2): 8/15/2022
Expert Discovery Cut-Off: 9/12/2022
Deadline to File Dispositive Motions, Motions to Strike Experts and Daubert Motions: 10/10/2022
Deadline to File Response(s) to Dispositive Motions, Motions to Strike Experts, and Daubert Motions: 11/7/2022
Deadline to File Reply in Support of Dispositive Motions: 12/2/2022
Summary Judgment Hearing: 1/11/2023 at 2:00 p.m. on 35 days notice.
Compliance Calendar set for 4/14/2023 at 9:01 a.m.
Joint Statement due by 4/7/2023
Pretrial Trial Disclosures Under Fed. R. Civ. P. 26(a)(3): 4/21/2023
Pretrial Conference: 5/5/2023 at 9:00 a.m.
Jury Trial set to begin on: 6/5/2023 at 8:00 a.m.

The parties shall submit an updated case management schedule.