Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
R. Tyler Kendrick (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
RAlsalam@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>NXP USA, INC.,<br><br>        Defendant. | Case No. 4:19-cv-03161-YGR<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

Pursuant to the Court's instructions during proceedings on March 4, 2022, and the Court's accompanying Minute Entry (ECF 126), the following updated schedule is hereby proposed:

| Event | Deadline |
|---|---|
| **Case Narrowing Event:** The parties will submit a proposed case narrowing Order that further limits the number of asserted claims at trial. | April 8, 2022 |
| Patent L.R. 3-7 Deadline to disclose intent to rely on Advice of Counsel for any patent-related claim or defense | April 18, 2022 |
| Fact Discovery Cut-Off | April 25, 2022 |
| Opening Expert Disclosures under Fed. R. Civ. P. 26(a)(2) (on issues for which a party bears the burden of proof) | June 8, 2022 |
| Rebuttal Expert Disclosures under Fed. R. Civ. P. 26(a)(2) | August 15, 2022 |
| Expert Discovery Cut-Off | September 12, 2022 |
| Deadline to File Dispositive Motions, Motions to Strike Experts, and Daubert Motions | October 10, 2022 |
| Deadline to File Response(s) to Dispositive Motions, Motions to Strike Experts, and Daubert Motions | November 7, 2022 |
| Deadline to File Reply in Support of Dispositive Motions | December 2, 2022 |
| Summary Judgment Hearing | January 11, 2023  2:00 p.m. in Oakland, Courtroom 1, 4th Floor |
| Parties to File Joint Statement (stating all parties have read the Court's standing orders on trials, all parties are in compliance, and there are no issues) | April 7, 2023 |
| Compliance Calendar Set (no hearing if Joint Statement is filed by April 7, 2023) | April 14, 2023  9:01 a.m. in Oakland, Courtroom 1, 4th Floor |
| Pretrial Trial Disclosures Under Fed. R. Civ. P. 26(a)(3) | April 21, 2023 |

| Event | Deadline |
|---|---|
| Pretrial Conference | May 5, 2023<br>9:00 a.m. in Oakland,<br>Courtroom 1, 4th Floor |
| Final Pretrial Conference | TBD |
| Jury Selection | June 5, 2023<br>9:00 a.m. in Oakland,<br>Courtroom 1, 4th Floor |
| Jury Trial Set to Begin | June 5, 2023<br>at 8:00 a.m. in Oakland |

**IT IS SO ORDERED.**

Dated: March 24, 2022

YVONNE GONZALEZ ROGERS
United States District Judge