1  Tharan Gregory Lanier (State Bar No. 138784)
   tglanier@jonesday.com
2  Michael C. Hendershot (State Bar No. 211830)
   mhendershot@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:  (650) 739-3939
5  Facsimile:   (650) 739-3900

6  Attorneys for Defendant
   NXP USA, INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | IMPINJ, INC.,            | Case No. 4:19-cv-03161-YGR
13 |         Plaintiff,       |
14 |     v.                   | **CERTIFICATE OF SERVICE**
15 | NXP USA, INC.,           |
16 |                          |
   |         Defendant.       |
17

1   I declare that I employed with the law firm of Jones Day, whose address is 1755
2   Embarcadero Road, Palo Alto, California 94303. I am over the age of eighteen years and
3   not a party to the within-entitled action.
4   On July 15, 2022, I served a copy of:

- **REVISED SEALED VERSION OF PLAINTIFF IMPINJ, INC.'S SUPPLEMENTAL BRIEF REGARDING BURDEN**
- **REVISED SEALED VERSION OF EXHIBIT 2 TO PLAINTIFF IMPINJ, INC.'S SUPPLEMENTAL BRIEF REGARDING BURDEN**

BY ELECTRONIC SERVICE by electronically mailing a true and correct copy through Jones Day's electronic mail system to the e-mail addresses set forth below in accordance with Fed. R. Civ. P. 5(b):

Impinj-NXPTeam@perkinscoie.com

Ramsey M. Al-Salam
Christina J. McCullough
R. Tyler Kendrick
PERKINS COIE LLP
1201 Third Ave., 49th Floor
Settle, WA 98101
Tel: 206.359.8000
RAlSalam@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 350.838.4300
DShvodian@perkinscoie.com

Daniel T. Keese
PERKINS COIE LLP
1120 N.W. Couch Street. 10th Floor
Portland OR 97209-4128
Tel: 503.727.2000
DKeese@perkinscoie.com

Executed on this 15th day of July, 2022, at San Jose, California.

*/s/ Lori Murray*
Lori Murray

CERTIFICATE OF SERVICE
Case No. 4:19-cv-03161-YGR

- 1 -