# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** February 7, 2023 | **Time:** 9:04 – 11:08; 11:15 – 11:42 | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 19-cv-03161-YGR | **Case Name:** Impinj, Inc. v. NXP USA, Inc. | |

**Attorney for Plaintiff:** Ramsey M. Al-Salam, Jessica Delacenserie, Ruben Tyler Kendrick,
**Attorney for Defendant:** Tharan Gregory Lanier, Robert Matthew Breetz, T. Kaitlin Crowder, Thomas William Ritchie, Jonathan McNeal Smith

**Deputy Clerk:** Aris Garcia              **Reported by:** Raynee Mercado

## PROCEEDINGS

[231] MOTION to Strike Portions of Dr. Daniel van der Weide's Non-Infringement Report and Related Testimony or Argument; [233] MOTION to Strike and Preclude Dr. Subramanian Non-Infringement Report; [235] MOTION for Partial Summary Judgment; [238] MOTION in Limine AND MOTION TO EXCLUDE OPINIONS OF DEFENDANT'S EXPERT DAVID A. HAAS; [239] MOTION to Strike NXP USA, Inc.s Motion to Strike Certain Opinions of Scott E. Thompson and Lauren R. Kindler; [240] MOTION To Exclude Defendant NXP USA, Inc.s Motion To Exclude Certain Opinions and Testimony of Lauren R. Kindler; [241] MOTION to Exclude Defendant NXP USA, Inc.s Motion To Exclude Certain Opinions and Testimony of Scott E. Thompson; [273] Cross MOTION for Summary Judgment – Hearing Held and Submitted.

Parties shall meet and confer and file a joint supplemental filing by 2/14/2023.

Jury trial date is 6/5/2023.  Backup Jury Trial date is 7/5/2023.

Argument on pending motions set for 3/21/2023 at 1:00 p.m.

**Order to be prepared by:**
( )     Plaintiff          ( )     Defendant          (x)     Court