| | |
|---|---|
| Ramsey M. Al-Salam, Bar No. 109506<br>Christina J. McCullough, Bar No. 245944<br>Antoine M. McNamara, Bar No. 261980<br>R. Tyler Kendrick, admitted pro hac vice<br>PERKINS COIE LLP<br>1201 Third Avenue, 49th Floor<br>Seattle, WA 98101<br>Tel: 206.359.8000/Fax: 206.359.9000<br>RAlSalam@perkinscoie.com<br>AMcNamara@perkinscoie.com<br>CMcCullough@perkinscoie.com<br>RKendrick@perkinscoie.com<br><br>Daniel T. Shvodian, Bar No. 184576<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Tel: 650.838.4300/Fax: 650.737.5461<br>DShvodian@perkinscoie.com<br><br>Daniel T. Keese, Bar No. 280683<br>PERKINS COIE LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: 503.727.2000/Fax: 503.727.2222<br>DKeese@perkinscoie.com<br><br>Attorneys for Plaintiff<br>IMPINJ, INC. | Tharan Gregory Lanier (State Bar No. 138784)<br>tglanier@jonesday.com<br>Michael C. Hendershot (State Bar No. 211830)<br>mhendershot@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>[Additional counsel identified on signature pages]<br><br>Attorneys for Defendant<br>NXP USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMPINJ, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NXP USA, INC.,<br><br>　　　　Defendant. | Case No. 4:19-CV-03161-YGR<br><br>**STIPULATION AND** [PROPOSED] **ORDER AMENDING SCHEDULING ORDER REGARDING PRETRIAL DEADLINES** |

On March 21, 2023, the Court rescheduled trial to July 5, 2023 and re-set the Pretrial Conference to June 16, 2023 (Dkt. 323). In light of this, the parties agree and respectfully submit that there is good cause to adjust certain pretrial dates previously set by the Court's March 24, 2022 Scheduling Order (Dkt. 133), as revised by the Stipulation and [Proposed] Order Amending Scheduling Order Regarding Pretrial Deadlines (Dkt. 321), and include additional deadlines for pretrial exchanges and filings required by the Court's Standing Order Re: Pretrial Instructions in Civil Cases. Accordingly, the parties respectfully request an order amending the Scheduling Order as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Parties to Meet and Confer Regarding Compliance with Pretrial Instructions | | May 5, 2023 |
| Pretrial Trial Disclosures Under Fed. R. Civ. P. 26(a)(3) | April 28, 2023 | May 12, 2023 |
| Parties to Exchange Proposed Trial Exhibits and Exhibit List, and Proposals for Stipulation Regarding Admissibility | | May 12, 2023 |
| Parties Exchange Opening List of Excerpts from Depositions, Interrogatory Answers, RFA Responses, and Any Audio or Video Likely to be Used at Trial | | May 12, 2023 |
| Parties to Exchange Written Transcripts of All Audio or Video Recordings to Be Used at Trial | | May 12, 2023 |
| Parties to Exchange Witness Lists and Expert Witness Lists | | May 12, 2023 |
| Impinj to Serve Proposed Jury Instructions, Proposed Verdict Forms; and Proposed Additional Voir Dire Questions | | May 12, 2023 |
| Impinj to Serve Proposed Jury Questionnaire Questions | | May 12, 2023 |
| Impinj to Serve Proposed Preliminary Statement of the Case and Any Proposed Preliminary Instructions | | May 12, 2023 |
| NXP to Serve Proposed Order re: Trial Stipulations Concerning Conduct of Trial | | May 12, 2023 |
| Parties to Exchange Motions in Limine | | May 19, 2023 |
| Parties to File Joint Statement (stating all parties have read the Court's standing orders on trials, all parties are in compliance, and there are no issues) | April 14, 2023 | May 19, 2023 |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Compliance Calendar Set (no hearing if Joint Statement is filed by May 19, 2023) | April 21, 2023 9:01 a.m. in Oakland, Courtroom 1, 4th Floor | May 26, 2023 9:01 a.m. in Oakland, Courtroom 1, 4th Floor |
| Parties to Exchange Objections to Proposed Trial Exhibits | | May 26, 2023 |
| Parties to Exchange Counter-Designations and Objections to Opening List of Excerpts from Depositions, Interrogatory Answers, RFA Responses, and Any Audio or Video Likely to be Used at Trial | | May 26, 2023 |
| NXP to Serve Objections to Impinj's Proposed Jury Instructions, Verdict Form, and Proposed Additional Voir Dire Questions, and NXP to Serve Any Proposed Additional Jury Instructions, Verdict Form, and Additional Voir Dire Questions | | May 26, 2023 |
| NXP to Serve Objections to Impinj's Proposed Jury Questionnaire Questions, and NXP to Serve Additional Proposed Jury Questionnaire Questions | | May 26, 2023 |
| NXP to Provide Revised Proposed Preliminary Statement of the Case, Objections to Preliminary Instructions, and Proposed Additional Preliminary Instructions | | May 26, 2023 |
| Impinj to Serve Revised Proposed Order re: Trial Stipulations Concerning Conduct of Trial | | May 26, 2023 |
| Parties to Meet and Confer Regarding Motions *In Limine* | | May 26, 2023 |
| Parties to File Joint Pretrial Conference Statement | | June 2, 2023 |
| Deadline to File Motions *in Limine* | | June 2, 2023 |
| Parties to Exchange Objections to Counter-Designations | | June 2, 2023 |
| Impinj to Serve Objections to NXP's Proposed Additional Jury Instructions, Proposed Verdict Form, and Proposed Additional Voir Dire Questions | | June 2, 2023 |
| Parties to Meet and Confer Regarding Admissibility of Exhibits | | June 2, 2023 |
| Parties to Meet and Confer Regarding Jury Instructions, Verdict Forms, Additional Voir Dire Questions, and Additional Jury Questionnaire Questions | | June 5, 2023 |
| Parties to Meet and Confer Regarding Designations and Objections to List of Excerpts from Depositions, Interrogatory Answers, RFA Responses, and Any Audio or Video Likely to be Used at Trial | | June 5, 2023 |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to File Oppositions to Motions *in Limine* | | June 7, 2023 |
| File Trial Readiness Filings:<br>• Proposed Order Re: Trial Stipulations<br>• Witness List<br>• Expert Witness List<br>• Exhibit Lists<br>• List of Discovery Excerpts, Audios, and Videos, and Proposed Order<br>• Jury Instructions<br>• Preliminary Statement of Case and Instructions<br>• Proposed Additional Voir Dire Questions<br>• Verdict Forms | | June 7, 2023 |
| Parties to Submit By Email Proposed Jury Questionnaire Questions | | June 7, 2023 |
| Deadline for Parties to Deliver to Chambers Copies of Joint Trial Readiness Binder | | June 9, 2023<br>12:00 p.m. |
| Pretrial Conference | May 12, 2023<br>9:00 a.m. in Oakland,<br>Courtroom 1, 4th Floor | June 16, 2023<br>2:00 p.m. in Oakland,<br>Courtroom 1, 4th Floor |
| Jury Selection | June 5, 2023<br>9:00 a.m. in Oakland,<br>Courtroom 1, 4th Floor | July 5, 2023<br>9:00 a.m. in Oakland,<br>Courtroom 1, 4th Floor |
| Jury Trial Set to Begin | June 5, 2023<br>at 8:00 a.m. in Oakland | July 5, 2023<br>at 8:00 a.m. in Oakland |

Respectfully submitted this 12th day of April, 2023.

| | |
|---|---|
| By: */s/ Ramsey M. Al-Salam* <br>    Ramsey M. Al-Salam <br><br>Ramsey M. Al-Salam, Bar No. 109506 <br>Christina J. McCullough, Bar No. 245944 <br>Antoine M. McNamara, Bar No. 261980 <br>R. Tyler Kendrick, admitted pro hac vice <br>PERKINS COIE LLP <br>1201 Third Avenue, 49th Floor <br>Seattle, WA 98101 <br>Tel: 206.359.8000/Fax: 206.359.9000 <br>RAlSalam@perkinscoie.com <br>AMcNamara@perkinscoie.com <br>CMcCullough@perkinscoie.com <br>RKendrick@perkinscoie.com <br><br>Daniel T. Shvodian, Bar No. 184576 <br>PERKINS COIE LLP <br>3150 Porter Drive <br>Palo Alto, CA 94304 <br>Tel: 650.838.4300/Fax: 650.737.5461 <br>DShvodian@perkinscoie.com <br><br>Daniel T. Keese, Bar No. 280683 <br>PERKINS COIE LLP <br>1120 N.W. Couch Street, 10th Floor <br>Portland, OR 97209-4128 <br>Tel: 503.727.2000/Fax: 503.727.2222 <br>DKeese@perkinscoie.com <br><br>Attorneys for Plaintiff <br>IMPINJ, INC. | By: */s/ Tharan Gregory Lanier* <br>    Tharan Gregory Lanier <br><br>Tharan Gregory Lanier <br>(California State Bar No. 138784) <br>tglanier@jonesday.com <br>Michael C. Hendershot <br>(California State Bar No. 211830) <br>mhendershot@jonesday.com <br>Gurneet Singh <br>(California State Bar No. 333711) <br>gsingh@jonesday.com <br>JONES DAY <br>1755 Embarcadero Road <br>Palo Alto, CA 94303 <br>Telephone:  (650) 739-3939 <br>Facsimile:  (650) 739-3900 <br><br>Thomas W. Ritchie (admitted *pro hac vice*) <br>(Illinois State Bar No. 6301954) <br>twritchie @jonesday.com <br>JONES DAY <br>110 North Wacker Drive, Suite 4800 <br>Chicago, IL 60606 <br>Telephone:  (312) 782-3939 <br>Facsimile:  (312) 782-8585 <br><br>Yury Kalish (admitted *pro hac vice*) <br>(D.C. State Bar No. 1020172) <br>ykalish@jonesday.com <br>Tracy A. Stitt (admitted *pro hac vice*) <br>(D.C. State Bar No. 1015680) <br>tastitt@jonesday.com <br>JONES DAY <br>51 Louisiana Ave., N.W. <br>Washington, D.C. 20001 <br>Telephone:  (202) 879-3939 <br>Facsimile:  (202) 626-1700 <br><br>T. Kaitlin Crowder (admitted *pro hac vice*) <br>(Ohio State Bar No. 0095796) <br>Robert M. Breetz (admitted *pro hac vice*) <br>(Ohio State Bar No. 0098968) <br>kcrowder@jonesday.com <br>JONES DAY <br>901 Lakeside Ave. E. <br>Cleveland, OH 44114 <br>Telephone:  (216) 586-7347 <br>Facsimile:  (216) 579-0212 |

| |
|---|
| Jonathan McNeal Smith<br>(California State Bar No. 292285)<br>jonathansmith@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 489-3939<br>Facsimile:  (213) 243-2539<br><br>Attorneys for Defendant<br>NXP USA, INC. |

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

*/s/ Tharan Gregory Lanier*
Tharan Gregory Lanier

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 13, 2023.

_____
The Honorable Yvonne Gonzalez-Rogers
United States District Judge