| | |
|---|---|
| Ramsey M. Al-Salam, Bar No. 109506<br>Christina J. McCullough, Bar No. 245944<br>Antoine M. McNamara, Bar No. 261980<br>R. Tyler Kendrick, admitted pro hac vice<br>PERKINS COIE LLP<br>1201 Third Avenue, 49th Floor<br>Seattle, WA 98101<br>Tel: 206.359.8000/Fax: 206.359.9000<br>RAlSalam@perkinscoie.com<br>AMcNamara@perkinscoie.com<br>CMcCullough@perkinscoie.com<br>RKendrick@perkinscoie.com<br><br>Daniel T. Shvodian, Bar No. 184576<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Tel: 650.838.4300/Fax: 650.737.5461<br>DShvodian@perkinscoie.com<br><br>Daniel T. Keese, Bar No. 280683<br>PERKINS COIE LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: 503.727.2000/Fax: 503.727.2222<br>DKeese@perkinscoie.com<br><br>Attorneys for Plaintiff<br>IMPINJ, INC. | Tharan Gregory Lanier (State Bar No. 138784)<br>tglanier@jonesday.com<br>Michael C. Hendershot (State Bar No. 211830)<br>mhendershot@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>[Additional counsel identified on signature pages]<br><br>Attorneys for Defendant<br>NXP USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMPINJ, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>NXP USA, INC.,<br><br>     Defendant. | Case No. 4:19-CV-03161-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO ADR LOCAL RULE 7-2 FOR REFERRAL TO A SETTLEMENT CONFERENCE AS AMENDED** |

1  Plaintiff Impinj, Inc. and Defendant NXP USA, Inc., by and through their respective
2  undersigned counsel, hereby stipulate pursuant to ADR Local Rule 7-2 to referral of this matter to
3  a settlement conference before a Magistrate Judge of this Court with availability to conduct that
4  conference in view of the July 5, 2023 trial date in this matter.  The parties note that they are also
5  set for trial on June 5, 2023 in the Western District of Washington and express their preference
6  for a magistrate judge with availability to conduct a settlement conference before the end of May
7  2023.

1  So stipulated this 21st day of April, 2023.

2

3  By: /s/ Ramsey M. Al-Salam                    By: /s/ Tharan Gregory Lanier
      Ramsey M. Al-Salam                              Tharan Gregory Lanier

4  Ramsey M. Al-Salam, Bar No. 109506           Tharan Gregory Lanier
   Christina J. McCullough, Bar No. 245944       (California State Bar No. 138784)
5  Antoine M. McNamara, Bar No. 261980          tglanier@jonesday.com
   R. Tyler Kendrick, admitted pro hac vice      Michael C. Hendershot
6  PERKINS COIE LLP                             (California State Bar No. 211830)
   1201 Third Avenue, 49th Floor                 mhendershot@jonesday.com
7  Seattle, WA 98101                            JONES DAY
   Tel: 206.359.8000/Fax: 206.359.9000           1755 Embarcadero Road
8  RAlSalam@perkinscoie.com                     Palo Alto, CA 94303
   AMcNamara@perkinscoie.com                     Telephone:  (650) 739-3939
9  CMcCullough@perkinscoie.com                  Facsimile:  (650) 739-3900
   RKendrick@perkinscoie.com
10                                              Thomas W. Ritchie (admitted *pro hac vice*)
   Daniel T. Shvodian, Bar No. 184576            (Illinois State Bar No. 6301954)
11 PERKINS COIE LLP                             twritchie@jonesday.com
   3150 Porter Drive                             JONES DAY
12 Palo Alto, CA 94304                          110 North Wacker Drive, Suite 4800
   Tel: 650.838.4300/Fax: 650.737.5461           Chicago, IL 60606
13 DShvodian@perkinscoie.com                    Telephone:  (312) 782-3939
                                                  Facsimile:  (312) 782-8585
14 Daniel T. Keese, Bar No. 280683
   PERKINS COIE LLP                              Yury Kalish (admitted *pro hac vice*)
15 1120 N.W. Couch Street, 10th Floor           (D.C. State Bar No. 1020172)
   Portland, OR 97209-4128                       ykalish@jonesday.com
16 Tel: 503.727.2000/Fax: 503.727.2222          Tracy A. Stitt (admitted *pro hac vice*)
   DKeese@perkinscoie.com                        (D.C. State Bar No. 1015680)
17                                              tastitt@jonesday.com
   Attorneys for Plaintiff                       JONES DAY
18 IMPINJ, INC.                                 51 Louisiana Ave., N.W.
                                                  Washington, D.C. 20001
19                                              Telephone:  (202) 879-3939
                                                  Facsimile:  (202) 626-1700
20
                                                  T. Kaitlin Crowder (admitted *pro hac vice*)
21                                              (Ohio State Bar No. 0095796)
                                                  Robert M. Breetz (admitted *pro hac vice*)
22                                              (Ohio State Bar No. 0098968)
                                                  kcrowder@jonesday.com
23                                              JONES DAY
                                                  901 Lakeside Ave. E.
24                                              Cleveland, OH 44114
                                                  Telephone:  (216) 586-7347
25                                              Facsimile:  (216) 579-0212

26                                              Jonathan McNeal Smith
                                                  (California State Bar No. 292285)
27                                              jonathansmith@jonesday.com
                                                  JONES DAY
28                                              555 South Flower Street, Fiftieth Floor

|   |   |
|---|---|
| 1 | Los Angeles, CA 90071 |
| 2 | Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 |
| 3 | Attorneys for Defendant |
| 4 | NXP USA, INC. |

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

*/s/ Tharan Gregory Lanier*
Tharan Gregory Lanier

# ~~PROPOSED~~ ORDER

PURSUANT TO the parties' stipulation, IT IS ORDERED that this matter is referred to a settlement conference before a United States Magistrate Judge.

Dated:  April 21, 2023.

_____
The Honorable Yvonne Gonzalez-Rogers
United States District Judge