UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC., <br><br> Plaintiff, <br><br> v. <br><br> NXP USA, INC., <br><br> Defendant. | Case No. 4:19-cv-03161-YGR-VKD <br><br> **JOINT STATEMENT RE TRIAL READINESS** |

Pursuant to Section 3 of the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated on September 29, 2022), Plaintiff Impinj, Inc. ("Impinj") and Defendant NXP USA, Inc. ("NXP") hereby submit the following documents, which will be included in the parties' trial readiness binders that will be provided to the Court no later than noon on Friday, June 9th. Documents being submitted to the Court are listed below:

In the parties' proposed order concerning trial stipulations (Appendix B), the parties agreed to a schedule for disclosure of exhibits, deposition designations, counter designations, and resolving objections thereto. The parties expect that following their proposed procedure will preserve the Court's resources, as the parties expect to significantly narrow or eliminate any remaining disputes before presenting them to the Court in accordance with that stipulation. The parties, therefore, reserve any objections to deposition designations, and expect that most if not all will be resolved prior to trial.

**Index of Appendices:**

A. Pretrial Conference Statement (Dkt. 349)

B. Proposed Order Re: Trial Stipulations

C. Joint Witness List

D. Joint Expert Witness List

E. Joint Exhibit List

F. Impinj's List of Discovery Excerpts, Audios, and Videos

G. NXP's List of Discovery Excerpts, Audios, and Videos

H. Proposed Final Jury Instructions

I. Joint Preliminary Statement of the Case and Proposed Preliminary Jury Instructions

J. Impinj's Additional Proposed *Voir Dire* Questions

K. NXP's Additional Proposed *Voir Dire* Questions

L. Impinj's Proposed Verdict Form

M. NXP's Proposed Verdict Form

DATED: June 7, 2023

By: */s/ Tharan Gregory Lanier*
    Tharan Gregory Lanier
    (California State Bar No. 138784)
    tglanier@jonesday.com
    Michael C. Hendershot
    (California State Bar No. 211830)
    mhendershot@jonesday.com
    Gurneet Singh
    (California State Bar No. 333711)
    gsingh@jonesday.com
    JONES DAY
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: (650) 739-3939
    Facsimile: (650) 739-3900

    Thomas W. Ritchie (admitted *pro hac vice*)
    (Illinois State Bar No. 6301954)
    twritchie@jonesday.com
    Lisa L. Furby (admitted *pro hac vice*)
    (Illinois State Bar No. 6312855)
    lfurby@jonesday.com
    JONES DAY
    110 North Wacker Drive, Suite 4800
    Chicago, IL 60606
    Telephone: (312) 782-3939
    Facsimile: (312) 782-8585

    Yury Kalish (admitted *pro hac vice*)
    (D.C. State Bar No. 1020172)
    ykalish@jonesday.com
    Tracy A. Stitt (admitted *pro hac vice*)
    (D.C. State Bar No. 1015680)
    tastitt@jonesday.com
    JONES DAY
    51 Louisiana Ave., N.W.
    Washington, D.C. 20001
    Telephone: (202) 879-3939
    Facsimile: (202) 626-1700

    T. Kaitlin Crowder (admitted *pro hac vice*)
    (Ohio State Bar No. 0095796)
    Robert M. Breetz (admitted *pro hac vice*)
    (Ohio State Bar No. 0098968)
    kcrowder@jonesday.com
    JONES DAY
    901 Lakeside Ave. E.
    Cleveland, OH 44114
    Telephone: (216) 586-7347

By: */s/ Ramsey M. Al-Salam*
    Ramsey M. Al-Salam, Bar No. 109506
    Christina J. McCullough, Bar No. 245944
    Antoine M. McNamara, Bar No. 261980
    R. Tyler Kendrick (admitted *pro hac vice*)
    Jessica J. Delacenserie (admitted *pro hac vice*)
    PERKINS COIE LLP
    1201 Third Avenue, 49th Floor
    Seattle, WA 98101
    Tel: 206.359.8000
    Fax: 206.359.9000
    RAlSalam@perkinscoie.com
    CMcCullough@perkinscoie.com
    AMcNamara@perkinscoie.com
    RKendrick@perkinscoie.com
    JDelacenserie@perkinscoie.com

    Daniel T. Shvodian, Bar No. 184576
    PERKINS COIE LLP
    3150 Porter Drive
    Palo Alto, CA 94304
    Tel: 650.838.4300
    Fax: 650.737.5461
    DShvodian@perkinscoie.com

    Daniel T. Keese, Bar No. 280683
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR 97209-4128
    Tel: 503.727.2000
    Fax: 503.727.2222
    DKeese@perkinscoie.com

    *Attorneys for Plaintiff Impinj, Inc.*

1  Facsimile: (216) 579-0212

2  Jonathan McNeal Smith
   (California State Bar No. 292285)
3  jonathansmith@jonesday.com
   JONES DAY
4  555 South Flower Street, Fiftieth Floor
   Los Angeles, CA 90071
5  Telephone: (213) 489-3939
   Facsimile: (213) 243-2539

6  Attorneys for Defendant
7  NXP USA, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request

Dated: June 7, 2023

/s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam