UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** June 23, 2023 | **Time:** 2 Hours 2 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03161-YGR | **Case Name:** Impinj, Inc. v. NXP USA, Inc. | |

**Attorney for Plaintiff:** Ramsey Al-Salam and Jessica Delacenserie
**Attorney for Defendant:** Michael Hendershot, Jonathan McNeal Smith, Kaitlin Crowder, and John Michalik

**Deputy Clerk:** Edwin Cuenco                    **Court Reporter:** Pamela Batalo-Hebel

PROCEEDINGS

Motion Hearing and Pretrial Conference – HELD.

Motion for reconsideration and motion in limine are argued and submitted.
An updated Jury Questionnaire will be published next week and jury trial instructions/procedures are given to the parties.

The Court orders the parties to provide an alphabetical list of trial attendees (witnesses/lawyers/staff), exhibit list, disclosures, experts' reports and jury binders by June 27, 2023 at 12:00 PM.  NXP USA, Inc. is ordered to provide the Court with a consodilated alphabetical list from the two lists initially submitted.

Depositions/transcripts are due on June 30, 2023 at 12:00 PM.

The Limit for Notice of Settlement is set for June 30, 2023 at 4:00 PM.

The matter is continued to June 30, 2023 at 9:00 AM via Zoom Videoconference for Further Pretrial Conference.

Court to issue Pretrial Order.