UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-03161-YGR
Case Name: Impinj, Inc.v. NXP USA, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Ramsey Al-Salam (Lead) | Michael Hendershot (Lead) |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| July 6, 2023 | Raynee Mercado | Edwin Angelo A. Cuenco |

| TRIAL EXH. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 7/6/2023 8:00 AM |  |  | Judge enters the courtroom. Discussion with counsel and matters argued outside of the presence of the jury. |  |
|  | 8:30 AM |  |  | The jury enters the courtroom. |  |
|  | 8:31 AM |  |  | Plaintiff's witness Dr. Chris Diorio is sworn. Direct examination by plaintiff counsel Mr. Ramsey AL-Salam. |  |
| 613 | 7/6/2023 | x | x | Award of Dr. Diorio |  |
| 603 | 7/6/2023 | x | x | Award of Dr. Diorio |  |
| 454 | 7/6/2023 | x | x | Photo of Brussels Airport |  |
| 473 | 7/6/2023 | x | x | Photo of Homerton University Hospital |  |
| 251 | 7/6/2023 | x | x | Page 3 of EPS News |  |
| 2 | 7/6/2023 | x | x | Patent 9,633,302 B1 dated 4/25/17 |  |
| 55 | 7/6/2023 | x | x | Chainlink Publication |  |
| 1 | 7/6/2023 | x | x | Patent 8,115,597 B1 dated 2/14/12 |  |
| 1367 | 7/6/2023 | x | x | Provisional Patent Application |  |
| 242 | 7/6/2023 | x | x | Letter to NXP dated 10/6/17 |  |
| 248 | 7/6/2023 | x | x | Letter to NXP dated 2/14/19 |  |
| 1077 |  | x |  | Impinj Endpoint IC Strategy presentation |  |
|  | 9:37 AM |  |  | Cross examination of Dr. Diorio by defense counsel Mr. Tim Heverin |  |
| 1446 | 7/6/2023 | x |  | Impinj Cell Information Q1 2013 |  |
| 1077 | 7/6/2023 | x | x | Impinj Endpoint IC Strategy presentation |  |
| 1039 | 7/6/2023 | x | x | Impinj 2018 Monza Summit Presentation dated 4/18/18 |  |
|  | 10:00 AM |  |  | Jury exits the courtroom. Witness Dr. Diorio is admonished. Parties ordered to provide copies of admitted exhibits to the CRD. Court is in recess. Judge exits the courtroom. |  |

| TRIAL EXH. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | **7/6/2023 10:20 AM** | | | Judge reenters the courtroom. | |
| | 10:21 AM | | | Jury reenters the courtroom. Mr. Heverin resumes cross examination of plaintiff witness Dr. Diorio. | |
| 1039 | Previously admitted | | | Exhibit presented to Dr. Diorio | |
| 1391 | 7/6/2023 | x | x | Impinj Q4 2021 Earnings Conference Call | |
| 1392 | 7/6/2023 | x | x | Impinj Q4 2020 Earnings Conference Call | |
| 1393 | 7/6/2023 | x | x | Impinj Q1 2021 Earnings Conference Call | |
| 1394 | 7/6/2023 | x | x | Impinj Q2 2021 Earnings Conference Call | |
| 1396 | 7/6/2023 | x | x | Impinj Q1 2022 Earnings Conference Call | |
| | 10:44 AM | | | Re-direct examination of Dr. Diorio by Mr. Al-Salam. | |
| 1039 | Previously admitted | | | Exhibit presented to Dr. Diorio | |
| 1077 | Previously admitted | | | Exhibit presented to Dr. Diorio | |
| | 10:51 AM | | | Plaintiff witness Dr. Chris Diorio is excused. | |
| | 10:52 AM | | | Plaintiff's witness Mr. Ron Oliver is sworn. Direct examination by plaintiff counsel Mr. Ramsey AL-Salam. | |
| 2 | Previously admitted | | | Exhibit presented to Mr. Oliver | |
| 10 | 7/6/2023 | x | x | Impinj Monza R6 Tag Chip Data Sheet | |
| 51 | 7/6/2023 | x | x | Monza R6 Enduro RFID Progress | |
| 235 | 7/6/2023 | x | x | Impinj Enduro Technology dated 3/26/14 | |
| 88 | 7/6/2023 | x | x | Layout of NXP IC | |
| 1 | Previously admitted | | | Exhibit presented to Mr. Oliver | |
| 13 | 7/6/2023 | x | x | Schematic of Core Impinj Monza R6 | |
| | 11:50 AM | | | Jury exits the courtroom. Witness Mr. Oliver is admonished. | |
| | 11:52 AM | | | Court is in recess. Judge exits the courtroom. | |
| | 12:11 PM | | | Judge reenters the courtroom. The Court is in receipt of a question from Juror #3. | |
| | 12:13 PM | | | Jury reenters the courtroom. Mr. Al-Salam resumes direct examination of plaintiff witness Mr. Oliver. | |
| 11A | 7/6/2023 | x | x | Tech Insights Presentation | |
| 11.25 | 7/6/2023 | x | | Page 25 Rectifier Schematic Diagram | |
| 11.21 | 7/6/2023 | x | | NXP Ucode 8 Rectifier resembles Monza R6 Rectifier | |
| 11.22 | 7/6/2023 | x | | NXP Ucode 8 charge flow | |
| 1081 | 7/6/2023 | x | | 11/16/09 e-mail re: paper on differential rectifier | |

| TRIAL EXH. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | **7/6/2023 12:35 PM** |  |  | Cross examination of plaintiff witness Mr. Ron Oliver by Mr. Michael Hendershot for the defense. |  |
| 289 | 7/6/2023 | x |  |  |  |
| 423 | 7/6/2023 | x | x | SL3S1205_15 |  |
| 1116 | 7/6/2023 | x |  | Impinj Endpoint ICs |  |
| 1367 | Previously admitted |  |  | Shown to Mr. Oliver. |  |
|  | 1:26 PM |  |  | Mr. Oliver is shown his own deposition of April 15, 2022 (page 147, lines 1-9) |  |
| 16 | 7/6/2023 | x | x | M700 Series Rectifier Schematic |  |
|  | 1:35 PM |  |  | Jury is admonished. Plaintiff's witness Mr. Ron Oliver is excused for the day. |  |
|  | 1:40 PM |  |  | Jury exits the courtroom. Plaintiff's exhibit 1446 is argued outside of the presence of the jury. The Court will rule on its admission. Charging conference is set on 7/10/2023 at 8:00 AM. Time sheets to be handed to parties on 7/7/2023. |  |
|  | 1:52 PM |  |  | Court is in recess. Judge exits the courtroom. Matter is continued to 7/7/2023 at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for jury trial. |  |