# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 7, 2023 | **Time:** 5 Hours 36 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03161-YGR | **Case Name:** Impinj, Inc. v. NXP USA, Inc. | |

**Attorney for Plaintiff:** Ramsey Al-Salam, Jessica Delacenserie, Ruben Tyler Kendrick, Christina McCullough, Stevan Stark, Jr., and Marvin Craig Tyler.
**Attorney for Defendant:** Michael Hendershot, Jonathan Smith, Kaitlin Crowder, Lisa Furby, John Michalik, Thomas Ritchie, Robert Breetz, and Matthew Silveira.

**Deputy Clerk:** Edwin Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Jury Trial – HELD.  Trial log and exhibit list attached.

Plaintiff's motion for claim construction due by July 9, 2023 at 12:00 PM. Defendant's cross motion is due by July 9, 2023 at 12:00 PM. Counsel to Cc: the Court copy of e-mail re: inappropriate behavior by July 9, 2023 at 12:00 PM. Matter is continued to Monday, July 10, 2023 at 8:00 AM for Charging Conference.