UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-03161-YGR
Case Name: Impinj, Inc. v. NXP USA, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Ramsey Al-Salam (Lead) | Michael Hendershot (Lead) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| July 7, 2023 | Raynee Mercado | Edwin Angelo A. Cuenco |

| TRIAL EXH. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 7/7/2023 8:00 AM |  |  | Judge enters the courtroom. Discussion with counsel and matters argued outside of the presence of the jury. Admitted exhibits for 7/6/2023 received by the Court. |  |
|  | 8:20 AM |  |  | The Court receives information from Juror #5 that he has Covid-19 symptoms. |  |
|  | 8:31 AM |  |  | Court is in recess. |  |
|  | 8:36 AM |  |  | Jury enters the courtroom. |  |
|  | 8:37 AM |  |  | Re direct examination of plaintiff's witness Mr. Ron Oliver by Mr. Ramsey Al-Salam. |  |
| 1 | Previously admitted |  |  | Shown to Mr. Oliver |  |
| 1367 | Previously admitted |  |  | Shown to Mr. Oliver |  |
| 11A | Previously admitted |  |  | Shown to Mr. Oliver |  |
| 16 | Previously admitted |  |  | Shown to Mr. Oliver |  |
|  | 9:01 AM |  |  | Re cross examination of plaintiff's witness Mr. Ron Oliver by Mr. Michael Hendershot. |  |
| 1 | Previously admitted |  |  | Shown to Mr. Oliver |  |
| 16 | Previously admitted |  |  | Shown to Mr. Oliver |  |
|  | 9:06 AM |  |  | Plaintiff's witness Mr. Ron Oliver is admonished and excused. The jury is given instructions re: depositions. |  |
|  | 9:08 AM |  |  | NXP Tech Director Mr. Franz Amtmann's video deposition is played before the Court. |  |
| 332 | 7/7/2023 | x |  | Circuit analysis report |  |
| 30 | 7/7/2023 | x | x | Schematic of Rectifier Circuit |  |
| 32 | 7/7/2023 | x | x | Schematic diagram |  |

| TRIAL EXH. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | **7/7/2023 9:19 AM** | | | 15-second pause by defense counsel Mr. Hendershot to point out detail in the schematic diagram. | |
| | 9:23 AM | | | Second video deposition of Mr. Amtmann | |
| | 9:26 AM | | | NXP Austria UCODE 8 Product Manager Hermann Zach's video deposition is played before the Court. | |
| 157 | 7/7/2023 | x | x | | |
| 335 | 7/7/2023 | x | x | | |
| 10 | Previously admitted | | | Shown in video deposition | |
| | 9:45 AM | | | Plaintiff's witness Dr. Gregory David Durgin is sworn. Direct examination by plaintiff counsel Christy McCullough. Dr. Durgin is admitted as an expert. | |
| | 9:57 AM | | | Jury Office is informed that Juror #5 is excused | |
| | 10:00 AM | | | Jury exits the courtroom. Judge exits the courtroom. Court is in recess. | |
| | 10:18 AM | | | Judge reenters courtroom. | |
| | 10:22 AM | | | Jury reenters the courtroom. Court informs the jury about Juror #5. Ms, McCullough resumes direct examination of Dr. Durgin. | |
| 597 | 7/7/2023 | x | x | UCODE Synchronous Rectifier | |
| 18 | 7/7/2023 | x | x | Power Rectifier Module Schematic | |
| | 11:05 AM | | | Jury exits the courtroom. Issue on synchronous rectifier argued outside of the presence of the jury. | |
| | 11:12 AM | | | Jury reenters the courtroom. | |
| | 11:15 AM | | | Cross examination of plaintiff's witness Dr. Durgin by defense counsel Mr. Michael Hendershot. | |
| 1272 | 7/7/2023 | x | x | Schematic of rectifier | |
| 1 | Previously admitted | | | Shown to Dr. Durgin | |
| | 11:30 AM | | | Depositions of Dr. Durgin presented to him. | |
| 16 | Previously admitted | | | Shown to Dr. Durgin | |
| | 11:47 AM | | | Jury exits the courtroom. Judge exits the courtroom. Court is in recess. | |
| | 12:04 PM | | | Judge reenters the courtroom. Matters are argued outside the presence of the jury. | |
| | 12:10 PM | | | Jury reenters the courtroom. Mr. Hendershot resumes cross examination of Dr. Durgin. | |
| 1335 | 7/7/2023 | x | x | Schematic from Dr. Daniel Van Der Weide's report. | |
| 1373 | 7/7/2023 | x | x | Patent Owner's Preliminary Response | |
| | 12:29 PM | | | Re direct examination of Dr. Durgin by Ms. McCullough. | |

| TRIAL EXH. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| 1373 | **7/7/2023 Previously admitted** | | | Shown to Dr. Durgin. | |
| 597 | Previously admitted | | | Shown to Dr. Durgin. | |
| | 12:36 PM | | | Dr. Durgin is shown his own demonstratives. | |
| | 12:40 PM | | | Re cross examination of Dr. Durgin by Mr. Hendershot. | |
| 597 | Previously admitted | | | Shown to Dr. Durgin. | |
| | 12:44 PM | | | Plaintiff's witness Dr. Gregory Durgin is excused. | |
| | 12:46 PM | | | Plaintiff's witness Mr. Jeff Dossett, Impinj Chief Revenue Officer is sworn. Direct examination by Mr. Marvin Craig Tyler for the plaintiff. | |
| | 1:15 PM | | | Cross examination of plaintiff witness Mr. Jeff Dossett by Mr. John Michalik for the defense. | |
| 1036 | 7/7/2023 | x | x | 3rd Quarter 2017 Monza Summit | |
| 1046 | 7/7/2023 | x | x | 2nd Quarter 2021 Endpoint IC Summit | |
| 1047 | 7/7/2023 | x | x | 3rd Quarter 2021 Endpoint IC Summit | |
| | 1:34 PM | | | Re direct examination of Mr. Dossett by Mr. Marvin Craig Tyler. | |
| | 1:35 PM | | | Mr. Jeff Dossett is admonished and excused by the Court. | |
| | 1:36 PM | | | Impinj VP for Financial Planning and Analysis' video deposition is played before the Court. | |
| 224 | 7/7/2023 | x | x | Slideshow | |
| | 1:43 PM | | | Jury is admonished and exits the courtroom. | |
| | 1:45 PM | | | Matters are argued and discussed outside of the presence of the jury. Counsel to e-mail his/her entire organization with copy to the Court re: inappropriate behavior by 7/9/2023 at 12:00 PM. Plaintiff to file motion for claim construction and defendant to file cross motion by 7/9/2023 at 12:00 PM. | |
| 1446 | 7/7/2023 | x | x | Impinj Cell Information | |
| | 2:11 PM | | | Court is in recess. Judge exits the courtroom. Matter is continued to 7/10/2023 at 8:00 AM for jury trial/charging conference. | |