,UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 10, 2023 | **Time:** 1 Hour 8 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03161-YGR | **Case Name:** Impinj, Inc. v. NXP USA, Inc. | |

**Attorney for Plaintiff:** Ramsey Al-Salam, Jessica Delacenserie, Christina McCullough, and Marvin Craig Tyler.
**Attorney for Defendant:** Michael Hendershot, Lisa Furby, Thomas Ritchie, Robert Breetz, and Matthew Silveira.

**Deputy Clerk:** Edwin Cuenco        **Court Reporter:** Raynee Mercado

PROCEEDINGS

Charging Conference – HELD.

Jury Instruction, Verdict Form and the definition for "stage" are argued and submitted. The Court orders parties to meet and confer and e-file proposed language that both sides agree upon.

Matter is continued to Tuesday, July 11, 2023 at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.