UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMPINJ, INC., a Delaware corporation,

Plaintiff,

v.

NXP USA, INC., a Delaware corporation,

Defendant.

Case No. 4:19-cv-03161-YGR

**JURY NOTES**

Judge: Honorable Yvonne Gonzalez Rogers

Trial Date: July 5, 2023

Attached hereto are the notes received from the jury during trial and deliberations.

Dated: 7/18/2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTIONS**
**FOR CIVIL CASES**

**CASE NAME: IMPINJ, INC. V. NXP USA, INC.**

**CASE NUMBER: 19-CV-3161**

**A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.**

**FROM:** BEHNAZ BANISHAHABADI

IMPINJ MANZA R6

Anthena

UCODE 8

Bump

Bump

Anthena

- What is the impact of anthena size on the chip performance?

- Did the hatched area had impact on the chip performance on UCODE 8 compared to manza 6?

DATE AND TIME RECEIVED: JULY 6, 2023 12:08 PM



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JUROR QUESTIONS
FOR CIVIL CASES**

CASE NAME: IMPINJ, INC. V. NXP USA, INC.

CASE NUMBER: 19-CV-3161

**A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.**

FROM: Andrew Hu

I believe Mr. Amtmann said that each stage has only DC inputs and outputs. Does this exclude the antenna connections?

DATE AND TIME RECEIVED: 7/11/2023 @ 10:18am

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS Case No. 19-cv-03161-YGR

CASE NAME: Impinj v. NXP USA

NOTE FROM THE JURY

Note No. 1

Date 7/13/2023

Time 12:50

FILED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Our schedule will be 8:30 am to 4:00 pm tomorrow and until 4:00 pm today.

Andrew [signature]
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS    Case No. 19-cv-03161-YGR

CASE NAME: Impinj v. NXP USA

NOTE FROM THE JURY

Note No. 2

Date 7/14/2023

Time ____________

FILED
JUL 14 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

~~For section C,~~ Could we have some clarification of section C? Is it asking us to evaluate the obviousness of each claim from other claims?

Andrew Hu
Foreperson of the Jury

No. The obviousness of each claim is measured against the prior art. Each claim needs to be evaluated independently.

[signature]
7/14/2023
8:52AM.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS Case No. 19-cv-03161-YGR

CASE NAME: Impinj v. NXP USA

NOTE FROM THE JURY

Note No. 3

Date 7/14/2023

Time 10:42am

FILED
JUL 14 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Is the HITAG's product data sheet (Ex 1604) considered prior art?

[signature]
Foreperson of the Jury

The jury can consider all the evidence admitted at trial. Exhibit 1604 was not identified as "a prior art reference."

[signature]
7/14/2023
11:32am

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS Case No. 19-cv-03161-YGR

CASE NAME: Impinj v. NXP USA

NOTE FROM THE JURY

Note No. 4

Date 7/14/23

Time 12:54 pm

FILED
JUL 14 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

SECTION C - CLAIM 3.

(1) PLEASE DEFINE NON-CONVEX SHAPE (2) IS TWO PARALLEL LINE CONSIDERED NON-CONVEX?

(3) DO WE NEED TO DECIDE ABOUT OBVIOUSNESS OF CLAIM 3 WITH CONSIDERATION OF CLAIM 1?

Andrew [signature]
Foreperson of the Jury

(1) Definition: A channel shape having its end widths that are wider than its center widths.

(2) See definition in No. 1.

(3) Claim 3 is dependent on Claim 1. You should follow the Court's instructions regarding dependent claims with respect to Claim 3.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS Case No. 19-cv-03161-YGR

CASE NAME: Impinj v. NXP USA

NOTE FROM THE JURY

Note No. 5

Date 7/14/2023

Time 1:36pm

FILED
JUL 14 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

√(answers given)
For section D, are the values in #3 additive or will only one value be used?

Andrew Hu
Foreperson of the Jury

You should decide whether plaintiff is entitled to lost profits, if any, on the '597 patent independent of whether plaintiff is entitled to lost profits on the '302 patent. However, if you decide that plaintiff is entitled to lost profits on both, you should note on the verdict form how much of those profits overlap. Ultimately, plaintiff cannot recover duplicate profits on the same sales.

[signature]
7/14/23 2:22pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS Case No. 19-cv-03161-YGR

CASE NAME: Impinj v. NXP USA

NOTE FROM THE JURY

Note No. 6

Date 7/14/2023

Time 3:18 pm

FILED
JUL 14 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:

____________________________________

____________________________________

____________________________________

[signature: Andrew Ma]
Foreperson of the Jury