Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
Antoine M. McNamara, Bar No. 261980
R. Tyler Kendrick, admitted *pro hac vice*
Jessica J. Delacenserie, admitted *pro hac vice*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206.359.8000 / Fax: 206.359.9000
RAlsalam@perkinscoie.com
CMcCullough@perkinscoie.com
AMcNamara@perkinscoie.com
RKendrick@perkinscoie.com
JDelacenserie@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650.838.4300 / Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503-727-2000 / Fax: 503-727-2222
DKeese@perkinscoie.com

*Attorneys for Plaintiff IMPINJ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC., <br><br> Plaintiff, <br><br> v. <br><br> NXP USA, INC., <br><br> Defendant. | Case No. 4:19-cv-03161-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF IMPINJ, INC.'S MOTION FOR ADMINISTRATIVE RELIEF** |

**[PROPOSED] ORDER**

Having considered Plaintiff Impinj, Inc.'s Motion for Administrative Relief re Inconsistent Jury Verdict pursuant to Civil Local Rule 7-11, the supporting documents submitted in connection therewith, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED THAT the jury shall be reconvened for the purpose of clarifying its inconsistent verdict concerning obviousness of claims four and seven of U.S. Patent No. 9,633,302.

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge