1  Tharan Gregory Lanier (State Bar No. 138784)
   tglanier@jonesday.com
2  Michael C. Hendershot (State Bar No. 211830)
   mhendershot@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:  (650) 739-3939
5  Facsimile:   (650) 739-3900

6  Attorneys for Defendant
   NXP USA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12  IMPINJ, INC.,                         Case No. 4:19-CV-03161-YGR

13              Plaintiff,                **[PROPOSED] ORDER DENYING
                                          PLAINTIFF IMPINJ, INC.'S
14       v.                               MOTION FOR ADMINISTRATIVE
                                          RELIEF RE INCONSISTENT JURY
15  NXP USA, INC.,                        VERDICT**

16              Defendant.

Having considered Plaintiff Impinj, Inc.'s Motion for Administrative Relief re Inconsistent Jury Verdict pursuant to Civil Local Rule 7-11, the supporting documents submitted in connection therewith, and NXP USA Inc.'s opposition thereto, the Court orders as follows:

IT IS HEREBY ORDERED THAT the motion is DENIED.

Dated: _____, 2023

_____
Hon. Yvonne Gonzales Rogers
United States District Judge