APPROVED

*Judge Yvonne Gonzalez Rogers*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>NXP USA, INC.,<br><br>               Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**STIPULATION REGARDING<br>REDUCTION OF DAMAGES<br>PER DKT. 471** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Order regarding damages on sales made to AdvanIDe Americas, Inc. in Hong Kong (Dkt. 471), Plaintiff Impinj, Inc. ("Impinj") and Defendant NXP USA, Inc. ("NXP") have conferred regarding the appropriate reduction of damages consistent with the Court's Order, and hereby stipulate to $13,141,341 as the total amount of damages to be awarded to Impinj for NXP's infringement of the '597 Patent from November 12, 2018, through July 6, 2023. Both parties reserve all rights with respect to appealing the Court's Order.

DATED: October 20, 2023

By:*/s/ Lisa L. Furby*

   Tharan Gregory Lanier
(California State Bar No. 138784)
tglanier@jonesday.com
Michael C. Hendershot
(California State Bar No. 211830)
mhendershot@jonesday.com
Gurneet Singh
(California State Bar No. 333711)
gsingh@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900

Thomas W. Ritchie (admitted *pro hac vice*)
(Illinois State Bar No. 6301954)
twritchie @jonesday.com
Lisa L. Furby (admitted *pro hac vice*)
(Illinois State Bar No. 6312855)
lfurby@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Yury Kalish (admitted *pro hac vice*)
(D.C. State Bar No. 1020172)
ykalish@jonesday.com
Tracy A. Stitt (admitted *pro hac vice*)
(D.C. State Bar No. 1015680)
tastitt@jonesday.com
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

T. Kaitlin Crowder (admitted *pro hac vice*)
(Ohio State Bar No. 0095796)
Robert M. Breetz (admitted *pro hac vice*)
(Ohio State Bar No. 0098968)
kcrowder@jonesday.com
JONES DAY
901 Lakeside Ave. E.
Cleveland, OH 44114
Telephone:  (216) 586-7347
Facsimile:  (216) 579-0212

*Attorneys for Defendant NXP USA, Inc.*

By: */s/ Ramsey M. Al-Salam*

   Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
Antoine M. McNamara, Bar No. 261980
R. Tyler Kendrick (admitted *pro hac vice*)
Jessica J. Delacenserie (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
RAlSalam@perkinscoie.com
CMcCullough@perkinscoie.com
AMcNamara@perkinscoie.com
RKendrick@perkinscoie.com
JDelacenserie@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

*Attorneys for Plaintiff Impinj, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: October 20, 2023

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam