1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  IMPINJ, INC.,

Plaintiff,

12

13      v.

14  NXP USA, INC.,

Defendant.

Case No. 4:19-cv-03161-YGR-VKD

**JOINT WITNESS LIST**

Pursuant to Section 3(c) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated on December 21, 2023), Pretrial Order No. 1A Re: Re-trial Date, and the parties' agreement, Plaintiff Impinj, Inc. ("Impinj") and Defendant NXP USA, Inc. ("NXP") hereby submit a list of all witnesses that are likely to be called at trial other than solely for impeachment or rebuttal.

**A.   Impinj Witness List**

| Witness[1] | Summary of Testimony | Presentation | Direct Estimate | Cross Estimate |
|---|---|---|---|---|
| Christopher Diorio*  400 Fairview Avenue North, Seattle WA 98109 | Mr. Diorio will testify regarding Impinj's founding and business, the nature of the market, the development of Impinj's Monza and M700 products, Impinj's focus on innovation and patenting, the competitive relationship between Impinj and NXP, NXP's copying of Impinj's patented features, Impinj's notice to NXP of its infringement of the patents in suit, and the harm to Impinj from NXP's infringement. He might also discuss other subject matter discussed at his depositions. | Live | 60 minutes | |
| Ronald Oliver*  400 Fairview Avenue North, Seattle WA 98109 | Mr. Oliver will testify regarding the nature and importance of the patented innovations and their incorporation into Impinj's products, including the subject matter of the witness's deposition testimony in the Impinj/NXP patent infringement litigations. | Live | 60 minutes | |

---

[1] An * signifies that the witness is viewed as a primary witness. A ^ signifies that the witness is only included as a possible witness.

| Name | Testimony | Method | Time | |
|---|---|---|---|---|
| Harley Heinrich*<br><br>400 Fairview Avenue North, Seattle WA 98109 | Mr. Heinrich will testify regarding development of Impinj's Monza and M700 products, the conception, reduction to practice and subject matter of the channel shape claimed in the '302 patent, including the subject matter of the witness's deposition testimony in the Impinj/NXP patent infringement litigations. | Live or alternatively by video deposition | 15 minutes | |
| Jeff Dossett^<br><br>400 Fairview Avenue North, Seattle WA 98109 | Mr. Dosset may testify regarding the sales and profitability of Impinj's Monza and M700 products, as well as the and the harm to Impinj from NXP's infringement, including the subject matter of the witness's deposition testimony in the Impinj/NXP patent infringement litigations. | Live (post-trial hearing only) | 30 minutes | |
| Franz Amtmann*<br><br>Mikron-Weg 1, 8101 Gratkorn, Austria | Mr. Amtmann will testify regarding the development, functionality, and operation of NXP's Accused Products, the relationship between NXP and Impinj, NXP's awareness of the Asserted Patents, and NXP's monitoring and analysis of Impinj's products and patents. | Live or alternatively by video deposition | 15 minutes | |
| Kurt Bischof^<br><br>Mikron-Weg 1, 8101 Gratkorn, Austria | Mr. Bischof may testify regarding the development of NXP's Accused Products including the adoption of the accused features, and the subject of his deposition testimony. . | By video deposition | 10 minutes | |
| Roland Brandl^<br><br>Mikron-Weg 1, 8101 Gratkorn, | Mr. Brandl may testify regarding the development, functionality and operation of NXP's Accused Products and NXP's monitoring and analysis of Impinj's products. | By video deposition | 15 minutes | |

| Name | Testimony | Method | Time | |
|---|---|---|---|---|
| Austria | | | | |
| Ralf Kodritsch*<br><br>Mikron-Weg 1, 8101 Gratkorn, Austria | Mr. Kodritsch will testify regarding NXP's RAIN RFID business, NXP's analysis of Impinj's products, NXP's adoption of the accused features, the competitive relationship between Impinj and NXP, the marketing of NXP's Accused Products, the manufacturing, distribution, importation, use of NXP's Accused Products and the subject matter of his deposition testimony. | Live or by video deposition | 25 minutes | |
| Nigel Stott^<br><br>600 Unicorn Park Dr. Woburn, MA 01801 | Mr. Stott may testify regarding the marketing and sales of NXP's Accused Products. | By video deposition | 5 minutes | |
| Hermann Zach*<br><br>Mikron-Weg 1, 8101 Gratkorn, Austria | Mr. Zach will testify regarding the development, functionality and operation of NXP's Accused Products, the adoption of the accused features, the competition between Impinj and NXP, NXP's monitoring and analysis of Impinj's products, and the subject matter of the witness's deposition testimony in the Impinj/NXP patent infringement litigations. | By video deposition | 20 minutes | |
| Christian Zenz*<br><br>Mikron-Weg 1, 8101 Gratkorn, Austria | Mr. Zenz will testify regarding the development, functionality and operation of NXP's Accused Products, NXP's awareness of the Asserted Patents, NXP's analysis of Impinj's products, and the subject matter of the witness's deposition testimony in the Impinj/NXP patent infringement litigations. | By video deposition | 20 minutes | |
| Srinath | Mr. Rajen may testify | By video | 10 minutes | |

| | | | | |
|---|---|---|---|---|
| Rajen^ 6501 W William Cannon Dr., Austin, Texas 78735 | regarding NXP's corporate structure, NXP's revenue model, product pricing, revenue allocation across affiliated NXP companies, and other financial information associated with the Accused Products. | deposition | | |
| Derrick Davies^ 81 Christian Way, North Andover, Massachusetts 01845 | Mr. Davies may testify regarding the marketing and sales of NXP's Accused Products. | By video deposition | 5 minutes | |
| Scott Thompson, Ph.D.* 535 New Engineering Building, P.O. Box 116130, Gainesville, Florida 32611 | Dr. Thompson will testify about the background of the technology and the art concerning the '302 patent, validity of the '302 patent, matters discussed in his expert reports and deposition, and in response to Defendant's experts | Live | 60 minutes | |

**B.     NXP Witness List**

It is NXP's position that this trial presents a narrow issue that could be efficiently presented to the jury based solely on expert testimony.  However, should Impinj be permitted to present evidence beyond expert testimony, NXP may need to call such witnesses to provide appropriate context or rebuttal. To that end, NXP identifies below the following witnesses that may be called during the jury trial either live or by video deposition.  NXP also identifies witnesses that it will call live (or by deposition) and that it may call live (or by deposition) at the evidentiary hearing.

| Name[2] | Subject of Testimony | Presentation | Estimate for Direct Exam. | Estimate for Cross-Exam. |
|---|---|---|---|---|
| Kurt Bischof^† | Marketing, advertising, and development of the accused products; NXP's product development, business development, and competitive strategies; matters discussed in his deposition | Video | 10 minutes | |
| Paul Davies^† | Marketing, advertising, and development of the accused products; business development and customer relationships; matters discussed in his deposition | Video or Live | 10 minutes | |
| Christopher Diorio^† | Design, development, function, and marketing of Impinj's competing products; general company background; matters discussed in his deposition including Impinj's business and competitive strategies and customer accounts; matters discussed in his deposition | Video or Live | 30 minutes | |
| Jeffrey Dossett^† | Marketing, product flow and advertising of Impinj's competing products; financial information; general company background; matters discussed in his deposition including Impinj's business | Video or Live | 15 minutes | |

---

[2] ^ indicates a witness that NXP may call live or by deposition during the jury trial. It is NXP's position that this trial presents a narrow issue that could be efficiently presented to the jury based solely on expert testimony. However, should Impinj be permitted to present evidence beyond expert testimony, NXP may need to call such witnesses to provide appropriate context or rebuttal.

× indicates a witness that NXP will call live or by deposition during the evidentiary hearing ordered by the court.

† indicates a witness that NXP may call live or by deposition during the evidentiary hearing ordered by the court.

| Name[2] | Subject of Testimony | Presentation | Estimate for Direct Exam. | Estimate for Cross-Exam. |
|---|---|---|---|---|
|  | and competitive strategies and customer accounts; matters discussed in his deposition |  |  |  |
| Harley Heinrich^† | Conception and reduction to practice of inventions claimed in the '302 patent; background of technology relevant to '302 patent; implementation of inventions of the '302 patent in Impinj's products; matters discussed in his deposition | Video or Live | 15 minutes |  |
| Ray Henling ^† | NXP's financial information; matters discussed in his deposition | Live or Video | 15 minutes |  |
| Ralf Kodritsch ^× | Marketing, product flow and advertising of the accused products; financial information; general company background; any efforts to redesign NXP's accused products; matters discussed in his deposition | Live or Video | 90 minutes |  |
| Ronald Oliver ^† | Relationship between the parties; marketing, product flow and advertising of Impinj's competing products; general company background; Impinj's business and competitive strategies and customer accounts; litigation between Impinj and NXP; matters discussed in his deposition | Video or Live | 30 minutes |  |
| Nigel Stott ^† | Marketing, advertising, and development of the accused products; business development and customer relationships; matters discussed in his deposition | Video or Live | 15 minutes |  |
| Hermann Zach ^† | Marketing, advertising, and development of the accused | Video or Live | 30 minutes |  |

| Name[2] | Subject of Testimony | Presentation | Estimate for Direct Exam. | Estimate for Cross-Exam. |
|---|---|---|---|---|
|  | products; nature of the marketplace; NXP's product development, business, and competitive strategies; matters discussed in his deposition |  |  |  |
| Christian Zenz ^× | Design, manufacture, fabrication, assembly, and function of aspects of the accused products; history of development of NXP products; technical aspects concerning alternative designs to accused products; any efforts to redesign NXP's accused products; matters discussed in his deposition | Live | 90 minutes |  |

DATED: January 24, 2024

By: /s/ Lisa L. Furby
Lisa L. Furby

Tharan Gregory Lanier
(California State Bar No. 138784)
tglanier@jonesday.com
Michael C. Hendershot
(California State Bar No. 211830)
mhendershot@jonesday.com
Gurneet Singh
(California State Bar No. 333711)
gsingh@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Thomas W. Ritchie (admitted *pro hac vice*)
(Illinois State Bar No. 6301954)
twritchie@jonesday.com
Lisa L. Furby (admitted *pro hac vice*)
(Illinois State Bar No. 6312855)
lfurby@jonesday.com
John M. Michalik (admitted *pro hac vice*)
(Illinois State Bar No. 6280622)
jmichalik@jonesday.com
Timothy J. Heverin (admitted *pro hac vice*)
(Illinois State Bar No. 6243107)
tjheverin@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Yury Kalish (admitted *pro hac vice*)
(D.C. State Bar No. 1020172)
ykalish@jonesday.com
Tracy A. Stitt (admitted *pro hac vice*)
(D.C. State Bar No. 1015680)
tastitt@jonesday.com
Robert Levent Herguner (admitted *pro hac vice*)
(New York State Bar No. 5722228)
rlherguner@jonesday.com
JONES DAY
51 Louisiana Ave., N.W.

By: /s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
Antoine M. McNamara, Bar No. 261980
R. Tyler Kendrick (admitted *pro hac vice*)
Jessica J. Delacenserie (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
RAlSalam@perkinscoie.com
CMcCullough@perkinscoie.com
AMcNamara@perkinscoie.com
RKendrick@perkinscoie.com
JDelacenserie@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

*Attorneys for Plaintiff Impinj, Inc.*


Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

T. Kaitlin Crowder (admitted *pro hac vice*)
(Ohio State Bar No. 0095796)
Robert M. Breetz (admitted *pro hac vice*)
(Ohio State Bar No. 0098968)
kcrowder@jonesday.com
JONES DAY
901 Lakeside Ave. E.
Cleveland, OH 44114
Telephone: (216) 586-7347
Facsimile: (216) 579-0212

Matthew J. Silveira
(California State Bar No. 264250)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
msilveira@jonesday.com

*Attorneys for Defendant NXP USA, INC.*