UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NXP USA, INC.,<br><br>    Defendant. | Case No. 4:19-cv-03161-YGR-VKD<br><br>**JOINT EXPERT WITNESS LIST** |

Pursuant to Section 3(d) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated on December 21, 2023), Pretrial Order No. 1A Re: Re-trial Date, and the parties' agreement, Plaintiff Impinj, Inc. ("Impinj") and Defendant NXP USA, Inc. ("NXP") hereby submit their list of all expert witnesses.

**A.      Impinj's Expert Witness List**

1.      **Scott E. Thompson, Ph.D.**   Impinj anticipates that Dr. Thompson will testify regarding the opinions and matters set forth in his expert reports served in this litigation, including that the asserted claims of U.S. Patent No. 9,633,302 is valid over the prior art and invalidity grounds identified by NXP, including in view of secondary considerations, and that Impinj's products practice the '302 patent. Dr. Thompson's curriculum vitae is attached as Appendix A. Dr. Thompson's address is 535 New Engineering Building, P.O. Box 116130, Gainesville, Florida 32611.

**B.      NXP's Expert Witness List**

| Expert Witness | Written Reports | Summary of Expert's Opinions and the Basis Therefore | Curriculum Vitae |
|---|---|---|---|
| Professor Vivek Subramanian, Ph.D. | Dr. Subramanian submitted expert reports on June 17, 2022 and August 15, 2022 | Dr. Subramanian will opine generally on the design and manufacture of semiconductors and integrated circuits, and in particular with regard to RFID integrated circuits and the accused NXP products. Dr. Subramanian also will opine generally on the historical background of RFID ICs, the state of the art during the relevant time period, and the applicable level of skill in the art, the '302 patent itself and its prosecution history. Specifically, Dr. Subramanian will opine that claims 1, 3, 4, and 7 of U.S. Patent 9,633,302 (the "'302 patent") are invalid in view of | Dr. Subramanian's *curriculum vitae* is attached as **Appendix B**. |

| Expert Witness | Written Reports | Summary of Expert's Opinions and the Basis Therefore | Curriculum Vitae |
|---|---|---|---|
| | | the prior art. Dr. Subramanian further will opine with respect to the motivation to combine prior art references, the lack of secondary considerations of non-obviousness, and the presence of acceptable non-infringing alternatives to the accused products and the technical feasibility of those alternatives. Dr. Subramanian will also opine on ease of design-around. Dr. Subramanian's opinions are based on the '302 patent and prior art as understood by a Person of Ordinary Skill in the Art at the relevant time, the accused NXP products and their related documentation, testimony of NXP and Impinj witnesses, testimony of the named inventor on the '302 patent, the opinions and testimony of Impinj's expert Scott Thompson, Dr. Subramanian's own understanding and experience in the relevant art, and the Court's claim construction order and any other applicable orders. Dr. Subramanian's opinions, and the bases for them, are more fully disclosed in his June 17 and August 15, 2022 written reports, and in his September 8 and 9, 2022 deposition testimony. | |


DATED: January 24, 2024

By: */s/ Lisa L. Furby*
   Lisa L. Furby

   Tharan Gregory Lanier
   (California State Bar No. 138784)
   tglanier@jonesday.com
   Michael C. Hendershot
   (California State Bar No. 211830)
   mhendershot@jonesday.com
   Gurneet Singh
   (California State Bar No. 333711)
   gsingh@jonesday.com
   JONES DAY
   1755 Embarcadero Road
   Palo Alto, CA 94303
   Telephone: (650) 739-3939
   Facsimile: (650) 739-3900

   Thomas W. Ritchie (admitted *pro hac vice*)
   (Illinois State Bar No. 6301954)
   twritchie@jonesday.com
   Lisa L. Furby (admitted *pro hac vice*)
   (Illinois State Bar No. 6312855)
   lfurby@jonesday.com
   John M. Michalik (admitted *pro hac vice*)
   (Illinois State Bar No. 6280622)
   jmichalik@jonesday.com
   Timothy J. Heverin (admitted *pro hac vice*)
   (Illinois State Bar No. 6243107)
   tjheverin@jonesday.com
   JONES DAY
   110 North Wacker Drive, Suite 4800
   Chicago, IL 60606
   Telephone: (312) 782-3939
   Facsimile: (312) 782-8585

   Yury Kalish (admitted *pro hac vice*)
   (D.C. State Bar No. 1020172)
   ykalish@jonesday.com
   Tracy A. Stitt (admitted *pro hac vice*)
   (D.C. State Bar No. 1015680)
   tastitt@jonesday.com
   Robert Levent Herguner (admitted *pro hac vice*)
   (New York State Bar No. 5722228)
   rlherguner@jonesday.com
   JONES DAY
   51 Louisiana Ave., N.W.

By: */s/ Ramsey M. Al-Salam*
   Ramsey M. Al-Salam, Bar No. 109506
   Christina J. McCullough, Bar No. 245944
   Antoine M. McNamara, Bar No. 261980
   R. Tyler Kendrick (admitted *pro hac vice*)
   Jessica J. Delacenserie (admitted *pro hac vice*)
   PERKINS COIE LLP
   1201 Third Avenue, 49th Floor
   Seattle, WA 98101
   Tel: 206.359.8000
   Fax: 206.359.9000
   RAlSalam@perkinscoie.com
   CMcCullough@perkinscoie.com
   AMcNamara@perkinscoie.com
   RKendrick@perkinscoie.com
   JDelacenserie@perkinscoie.com

   Daniel T. Shvodian, Bar No. 184576
   PERKINS COIE LLP
   3150 Porter Drive
   Palo Alto, CA 94304
   Tel: 650.838.4300
   Fax: 650.737.5461
   DShvodian@perkinscoie.com

   Daniel T. Keese, Bar No. 280683
   PERKINS COIE LLP
   1120 N.W. Couch Street, 10th Floor
   Portland, OR 97209-4128
   Tel: 503.727.2000
   Fax: 503.727.2222
   DKeese@perkinscoie.com

   *Attorneys for Plaintiff Impinj, Inc.*

Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

T. Kaitlin Crowder (admitted *pro hac vice*)
(Ohio State Bar No. 0095796)
Robert M. Breetz (admitted *pro hac vice*)
(Ohio State Bar No. 0098968)
kcrowder@jonesday.com
JONES DAY
901 Lakeside Ave. E.
Cleveland, OH 44114
Telephone: (216) 586-7347
Facsimile: (216) 579-0212

Matthew J. Silveira
(California State Bar No. 264250)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
msilveira@jonesday.com

*Attorneys for Defendant*
*NXP USA, INC.*