UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC., <br><br>              Plaintiff, <br><br>     v. <br><br> NXP USA, INC., <br><br>              Defendant. | Case No. 4:19-cv-03161-YGR-VKD <br><br> **JOINT TRIAL EXHIBIT LIST** |

1  Pursuant to Section 3(e) of the Court's Standing Order re: Pretrial Instructions in Civil
2  Cases (updated on December 21, 2023), Pretrial Order No. 1A Re: Re-trial Date (Dkt. No. 486),
3  and the parties' agreement, Plaintiff Impinj, Inc. ("Impinj") and hereby submits the parties initial
4  joint trial exhibit list, attached hereto as Exhibit A.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: January 24, 2024

By: */s/ Ramsey M. Al-Salam*
    Ramsey M. Al-Salam, Bar No. 109506
    Christina J. McCullough, Bar No. 245944
    Antoine M. McNamara, Bar No. 261980
    R. Tyler Kendrick (admitted *pro hac vice*)
    Jessica J. Delacenserie (admitted *pro hac vice*)
    PERKINS COIE LLP
    1201 Third Avenue, 49th Floor
    Seattle, WA 98101
    Tel: 206.359.8000
    Fax: 206.359.9000
    RAlSalam@perkinscoie.com
    CMcCullough@perkinscoie.com
    AMcNamara@perkinscoie.com
    RKendrick@perkinscoie.com
    JDelacenserie@perkinscoie.com

    Daniel T. Shvodian, Bar No. 184576
    PERKINS COIE LLP
    3150 Porter Drive
    Palo Alto, CA 94304
    Tel: 650.838.4300
    Fax: 650.737.5461
    DShvodian@perkinscoie.com

    Daniel T. Keese, Bar No. 280683
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR 97209-4128
    Tel: 503.727.2000
    Fax: 503.727.2222
    DKeese@perkinscoie.com

    *Attorneys for Plaintiff Impinj, Inc.*