Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
Antoine M. McNamara, Bar No. 261980
R. Tyler Kendrick, admitted *pro hac vice*
Jessica J. Delacenserie, admitted *pro hac vice*
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA  98101
Tel:  206.359.8000
Fax:  206.359.9000
RAlsalam@perkinscoie.com
CMcCullough@perkinscoie.com
AMcNamara@perkinscoie.com
RKendrick@perkinscoie.com
JDelacenserie@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel: 650.838.4300 / Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503-727-2000
Facsimile:  503-727-2222
DKeese@perkinscoie.com

Attorneys for Plaintiff Impinj, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NXP USA, INC.,<br><br>　　　　　　Defendant. | Case No. 4:19-cv-03161-YGR-VKD<br><br>**IMPINJ STATEMENT OF ELEMENTS OF PROOF FOR RETRIAL** |

Pursuant to Section 2(a)(i) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated on December 21, 2023), Plaintiff Impinj, Inc. ("Impinj") hereby submits this statement of elements of proof for its asserted claims and defenses, including a summary of the evidence anticipated to prove the same.

1. Validity of the '302 patent

    a. NXP bears the burden of proof to establish invalidity for its defense(s) and counterclaim(s). Impinj asserts that NXP cannot establish that the '302 patent is invalid asobvious in light of the prior art, including over the combination of by clear and convincing evidence. In particular with respect to the combination of Eberhardt and Ching-San the prior art does not teach or render obvious all elements of asserted claims 1, 3, 4, and 7, and a POSITA would not be motivated to combine Eberhardt and Ching-San.

    b. To rebut the claim of invalidity, Impinj will rely on the testimony of Dr. Scott Thompson concerning the teachings of the prior art, lack of motivation to combine, and secondary considerations (including commercial success, copying, and praise for the invention), the testimony of the inventor of the '302 patent, the testimony of Impinj witnesses Dr. Chris Diorio and Ron Oliver, cross-examination of NXP witness, including Dr. Subramanian, and documentary evidence including the prior art identified by NXP for the '302 patent.

| | |
|---|---|
| 1  DATED: January 26, 2024 | By: */s/ Ramsey M. Al-Salam* |
| | Ramsey M. Al-Salam, Bar No. 109506 |
| | Christina J. McCullough, Bar No. 245944 |
| | Antoine M. McNamara, Bar No. 261980 |
| | R. Tyler Kendrick (admitted *pro hac vice*) |
| | Jessica J. Delacenserie (admitted *pro hac vice*) |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, 49th Floor |
| | Seattle, WA 98101 |
| | Tel: 206.359.8000 |
| | Fax: 206.359.9000 |
| | RAlSalam@perkinscoie.com |
| | CMcCullough@perkinscoie.com |
| | AMcNamara@perkinscoie.com |
| | RKendrick@perkinscoie.com |
| | JDelacenserie@perkinscoie.com |
| | |
| | Daniel T. Shvodian, Bar No. 184576 |
| | PERKINS COIE LLP |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Tel: 650.838.4300 |
| | Fax: 650.737.5461 |
| | DShvodian@perkinscoie.com |
| | |
| | Daniel T. Keese, Bar No. 280683 |
| | PERKINS COIE LLP |
| | 1120 N.W. Couch Street, 10th Floor |
| | Portland, OR 97209-4128 |
| | Tel: 503.727.2000 |
| | Fax: 503.727.2222 |
| | DKeese@perkinscoie.com |
| | |
| | *Attorneys for Plaintiff Impinj, Inc.* |