UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>  v.<br><br>NXP USA, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**[JOINT PROPOSED] LIMITING INSTRUCTION**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br><br>Trial Date: March 18, 2024 |

Pursuant to the Court's Pretrial Order No. 2A Re: Damages and Motions In Limine For Second Trial (Dkt. 509), Plaintiff Impinj, Inc. ("Impinj") and Defendant NXP USA, Inc. ("NXP") hereby submit the following proposals for a limiting instruction as to the Court's finding of infringement. Consistent with the Court's Standing Order, where the parties agree on language in a particular proposed instruction, the language appears in black text. Where Impinj proposes particular language to which NXP objects, Impinj's proposal appears in red text. Where NXP proposes particular language to which Impinj objects, NXP's proposal appears in green text.

The sole issue you are being asked to decide in this trial is whether NXP has proven, by clear and convincing evidence, that the '302 patent is invalid as obvious. You are not being asked to decide whether NXP infringes the '302 patent. I have already decided that certain NXP products infringe the asserted claims at issue of the '302 patent.

During the course of the trial, you heard testimony that NXP sells products that [practice] [embody] the invention claimed in the '302 patent as construed by the court. I have decided that certain NXP products at issue embody the invention claimed in the '302 patent. You are only to consider this testimony with respect to what I have referred to as secondary considerations of non-obviousness.

| | | | |
|---|---|---|---|
|1| Dated: February 1, 2024 | | |
|2| | | |
|3| By: */s/ Daniel T. Keese* | By: | */s/ Lisa L. Furby* |
| | Daniel T. Keese | | Lisa L. Furby |

4   Ramsey M. Al-Salam, Bar No. 109506  
    Christina J. McCullough, Bar No. 245944  
5   Antoine M. McNamara, Bar No. 261980  
    R. Tyler Kendrick, admitted pro hac vice  
6   PERKINS COIE LLP  
    1201 Third Avenue, 49th Floor  
7   Seattle, WA 98101  
    Tel: 206.359.8000/Fax: 206.359.9000  
8   RAlSalam@perkinscoie.com  
    AMcNamara@perkinscoie.com  
9   CMcCullough@perkinscoie.com  
    RKendrick@perkinscoie.com  
10  
    Daniel T. Shvodian, Bar No. 184576  
11  PERKINS COIE LLP  
    3150 Porter Drive  
12  Palo Alto, CA 94304  
    Tel: 650.838.4300/Fax: 650.737.5461  
13  DShvodian@perkinscoie.com  

14  Daniel T. Keese, Bar No. 280683  
    PERKINS COIE LLP  
15  1120 N.W. Couch Street, 10th Floor  
    Portland, OR 97209-4128  
16  Tel: 503.727.2000/Fax: 503.727.2222  
    DKeese@perkinscoie.com  
17  
    Attorneys for Plaintiff  
18  IMPINJ, INC.

Right column:

Tharan Gregory Lanier  
(California State Bar No. 138784)  
tglanier@jonesday.com  
Michael C. Hendershot  
(California State Bar No. 211830)  
mhendershot@jonesday.com  
Gurneet Singh  
(California State Bar No. 333711)  
gsingh@jonesday.com  
JONES DAY  
1755 Embarcadero Road  
Palo Alto, CA 94303  
Telephone:  (650) 739-3939  
Facsimile:  (650) 739-3900  

Thomas W. Ritchie (admitted *pro hac vice*)  
(Illinois State Bar No. 6301954)  
twritchie @jonesday.com  
Lisa L. Furby (admitted *pro hac vice*)  
(Illinois State Bar No. 6312855)  
lfurby@jonesday.com  
John M. Michalik (admitted *pro hac vice*)  
(Illinois State Bar No. 6280622)  
jmichalik@jonesday.com  
Timothy J. Heverin (admitted *pro hac vice*)  
(Illinois State Bar No. 6243107)  
tjheverin@jonesday.com  
JONES DAY  
110 North Wacker Drive, Suite 4800  
Chicago, IL 60606  
Telephone:  (312) 782-3939  
Facsimile:  (312) 782-8585  

Yury Kalish (admitted *pro hac vice*)  
(D.C. State Bar No. 1020172)  
ykalish@jonesday.com  
Tracy A. Stitt (admitted *pro hac vice*)  
(D.C. State Bar No. 1015680)  
tastitt@jonesday.com  
Robert Levent Herguner (admitted *pro hac vice*)  
(New York State Bar No. 5722228)  
rlherguner@jonesday.com  
JONES DAY  
51 Louisiana Ave., N.W.  
Washington, D.C. 20001  
Telephone:  (202) 879-3939  
Facsimile:  (202) 626-1700

|  |  |
|---|---|
| 1 | T. Kaitlin Crowder (admitted *pro hac vice*) |
|  | (Ohio State Bar No. 0095796) |
| 2 | Robert M. Breetz (admitted *pro hac vice*) |
|  | (Ohio State Bar No. 0098968) |
| 3 | kcrowder@jonesday.com |
|  | JONES DAY |
| 4 | 901 Lakeside Ave. E. |
|  | Cleveland, OH 44114 |
| 5 | Telephone: (216) 586-7347 |
|  | Facsimile: (216) 579-0212 |

Matthew J. Silveira
(California State Bar No. 264250)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
msilveira@jonesday.com

Attorneys for Defendant NXP USA, INC.

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

*/s/ Lisa L. Furby*
Lisa L. Furby