# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 2, 2024 | **Time:** 8:56 a.m. to 10:17 a.m. 1 hour 21 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03161-YGR | **Case Name:** Impinj, Inc. v. NXP USA, Inc. | |

**Attorney for Plaintiff:** Ramsey Al-Salam and Daniel Keese
**Attorney for Defendants:** Michael Hendershot; Matthew Silveira and Gregory Lanier

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Stephen Franklin; via Zoom

## PROCEEDINGS

Pretrial Conference – held.

Jury Trial is to proceed as scheduled on March 18, 2024. The stipulation on trial conduct filed in ECF 358-2 still applies. Parties confirm the joint list for fact and expert witnesses. Parties are instructed to provide the Court an editable form (portrait orientation) of the joint trial exhibit list (Dkt. No. 504-1) by February 5, 2024. Trial Brief on injunctive relief is due by March 11, 2024.

Matters on deposition designations outside the scope of the standing orders, disputes on the preliminary instructions, and evidentiary dissertation are argued and submitted.

The Court is adding 10 questions to the Jury Questionnaires (6 from the Court and 2 from each side). Each side is allocated 8 hours including opening and closing statements. Parties are ordered to provide a glossary for technical terms to the Court for the benefit of the Court Reporter.

The matter is continued to March 18, 2024, at 8:00 a.m. for Jury Selection.

Court to issue Pretrial Order.