UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IMPINJ, INC.**, <br> Plaintiff, <br> v. <br> **NXP USA, INC.**, <br> Defendant. | Case No. 19-cv-3161-YGR <br><br> **PRETRIAL ORDER NO. 4A RE: RETRIAL SCHEDULE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties are advised that the Court modifies the daily schedule as follows. The Court will continue to meet with the parties promptly at 8:00 a.m. to discuss issues outside the presence of the jury. However, the daily trial schedule will extend from 8:30 a.m. to 4:00 p.m., with two twenty-minute breaks at approximately 10:00 a.m. and 2:00 p.m. and a forty-minute lunch break at approximately 11:50 a.m.

In addition, the Court is forwarding juror questionnaires under separate cover. The parties shall meet and confer and advise via joint email by 9:00 a.m. on Friday March 15, 2024 whether they stipulate to excuse prospective jurors. The Court will advise of any independent decisions it makes to excuse jurors on grounds of hardship.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**