UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC., <br><br> Plaintiff, <br><br> v. <br><br> NXP USA, INC., <br><br> Defendant. | Case No. 4:19-cv-03161-YGR <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Location: Courtroom 1, 4th Floor <br> Judge: Yvonne Gonzalez Rogers <br><br> Trial Date: March 18, 2024 |

Plaintiff Impinj, Inc. and Defendant NXP USA, Inc. have entered into a settlement agreement that resolves the claims and counterclaims asserted in this Action. Accordingly, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Action, including all claims, counterclaims and affirmative defenses asserted by a party, shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: March 13, 2024

| | |
|---|---|
| By: /s/ *Lisa L. Furby* | By: /s/ *Ramsey M. Al-Salam* |
| Lisa L. Furby (admitted *pro hac vice*) | Ramsey M. Al-Salam, Bar No. 109506 |
| Tharan Gregory Lanier, Bar No. 138784 | Christina J. McCullough, Bar No. 245944 |
| Michael C. Hendershot, Bar No. 211830 | Antoine M. McNamara, Bar No. 261980 |
| Gurneet Singh, Bar No. 333711 | R. Tyler Kendrick, admitted pro hac vice |
| JONES DAY | PERKINS COIE LLP |
| 1755 Embarcadero Road | 1201 Third Avenue, 49th Floor |
| Palo Alto, CA 94303 | Seattle, WA 98101 |
| Tel: 650.739.3939 | Tel: 206.359.8000 |
| Fax: 650.739.3900 | Fax: 206.359.9000 |
| mhendershot@jonesday.com | RAlSalam@perkinscoie.com |
| tglanier@jonesday.com | AMcNamara@perkinscoie.com |
| gsingh@jonesday.com | CMcCullough@perkinscoie.com |
| | RKendrick@perkinscoie.com |
| Thomas W. Ritchie (admitted *pro hac vice*) | |
| Lisa L. Furby (admitted *pro hac vice*) | Daniel T. Shvodian, Bar No. 184576 |
| John M. Michalik (admitted *pro hac vice*) | PERKINS COIE LLP |
| Timothy J. Heverin (admitted *pro hac vice*) | 3150 Porter Drive |
| JONES DAY | Palo Alto, CA 94304 |
| 110 North Wacker Drive, Suite 4800 | Tel: 650.838.4300 |
| Chicago, IL 60606 | Fax: 650.737.5461 |
| Tel: (312) 782-3939 | DShvodian@perkinscoie.com |
| Fax: (312) 782-8585 | |
| twritchie@jonesday.com | Daniel T. Keese, Bar No. 280683 |
| lfurby@jonesday.com | PERKINS COIE LLP |
| jmichalik@jonesday.com | 1120 N.W. Couch Street, 10th Floor |
| tjheverin@jonesday.com | Portland, OR 97209-4128 |
| | Tel: 503.727.2000 |
| Yury Kalish (admitted *pro hac vice*) | Fax: 503.727.2222 |
| Tracy A. Stitt (admitted *pro hac vice*) | DKeese@perkinscoie.com |
| Robert Levent Herguner (admitted *pro hac vice*) | |
| JONES DAY | Attorneys for Plaintiff |
| 51 Louisiana Avenue., N.W. | IMPINJ, INC. |
| Washington, DC 20001 | |
| Tel: 202.879.3939 | |
| Fax: 202.626.1700 | |
| ykalish@jonesday.com | |
| tastitt@jonesday.com | |
| rlherguner@jonesday.com | |
| | |
| T. Kaitlin Crowder (admitted *pro hac vice*) | |
| Robert M. Breetz (admitted *pro hac vice*) | |
| JONES DAY | |
| 901 Lakeside Avenue East | |
| Cleveland, OH 44114 | |

Tel:216.586.7347
Fax: 216.579.0212
kcrowder@jonesday.com
rbreetz@jonesday.com

Matthew J. Silveira, Bar No. 264250
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: 415.626.3939
Fax: 415.875.5700
msilveira@jonesday.com

Attorneys for Defendant
NXP USA, INC.

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

/s/ Ramsey M. Al-Salam
_____
Ramsey M. Al-Salam

SO ORDERED this ____ day of March, 2024.

_____
Hon. Yvonne Gonzales Rogers
United States District Judge