UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPINJ, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>NXP USA, INC.,<br><br>               Defendant. | Case No. 4:19-cv-03161-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Location: Courtroom 1, 4th Floor<br>Judge: Yvonne Gonzalez Rogers<br><br>Trial Date: March 18, 2024 |

Plaintiff Impinj, Inc. and Defendant NXP USA, Inc. have entered into a settlement agreement that resolves the claims and counterclaims asserted in this Action. Accordingly, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Action, including all claims, counterclaims and affirmative defenses asserted by a party, shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: March 13, 2024

By:/s/ Lisa L. Furby

Lisa L. Furby (admitted *pro hac vice*)
Tharan Gregory Lanier, Bar No.138784
Michael C. Hendershot, Bar No. 211830
Gurneet Singh, Bar No. 333711
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: 650.739.3939
Fax: 650.739.3900
mhendershot@jonesday.com
tglanier@jonesday.com
gsingh@jonesday.com

Thomas W. Ritchie (admitted *pro hac vice*)
Lisa L. Furby (admitted *pro hac vice*)
John M. Michalik (admitted *pro hac vice*)
Timothy J. Heverin (admitted *pro hac vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: (312) 782-3939
Fax: (312) 782-8585
twritchie @jonesday.com
lfurby@jonesday.com
jmichalik@jonesday.com
tjheverin@jonesday.com

Yury Kalish (admitted *pro hac vice*)
Tracy A. Stitt (admitted *pro hac vice*)
Robert Levent Herguner (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue., N.W.
Washington, DC 20001
Tel: 202.879.3939
Fax: 202.626.1700
ykalish@jonesday.com
tastitt@jonesday.com
rlherguner@jonesday.com

T. Kaitlin Crowder (admitted *pro hac vice*)
Robert M. Breetz (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue East
Cleveland, OH 44114

By:/s/ Ramsey M. Al-Salam

Ramsey M. Al-Salam, Bar No. 109506
Christina J. McCullough, Bar No. 245944
Antoine M. McNamara, Bar No. 261980
R. Tyler Kendrick, admitted pro hac vice
PERKINS COIE LLP
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
RAlSalam@perkinscoie.com
AMcNamara@perkinscoie.com
CMcCullough@perkinscoie.com
RKendrick@perkinscoie.com

Daniel T. Shvodian, Bar No. 184576
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel: 650.838.4300
Fax: 650.737.5461
DShvodian@perkinscoie.com

Daniel T. Keese, Bar No. 280683
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: 503.727.2000
Fax: 503.727.2222
DKeese@perkinscoie.com

Attorneys for Plaintiff
IMPINJ, INC.

STIPULATION OF DISMISSAL WITH
PREJUDICE
Case No. 4:19-cv-03161-YGR

Tel:216.586.7347
Fax: 216.579.0212
kcrowder@jonesday.com
rbreetz@jonesday.com

Matthew J. Silveira, Bar No. 264250
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: 415.626.3939
Fax: 415.875.5700
msilveira@jonesday.com

Attorneys for Defendant
NXP USA, INC.

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

/s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam

SO ORDERED this 14th  day of March, 2024.

Hon. Yvonne Gonzales Rogers
United States District Judge

3

STIPULATION OF DISMISSAL WITH
PREJUDICE
Case No. 4:19-cv-03161-YGR